(3-PAGES)

TEMP. ADD:
LARRY L. MOORE
A.S.P.C-SAFFORD-GRAHAM
#246997
P.O. BOX 2300
SAFFORD, AZ. 85546.

ORIGINAL

FILED
JUN 11 2010
Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURTS FOR THE DISTRICT OF COLUMBIA

CA 10-861
UNA

# COVER SHEET

APPLIES TO: MEMORANDUM IN-COMPLAINT PETITION,

RE: CONFIRM, 1ST AMENDED COMPLAINT,

C/O: CLERK OF COURT,

ATTN: PRESIDING UNITED STATES DISTRICT JUDGE.

RESPECTFULLY SUBMITTED THIS 4TH DAY OF JUNE, 2010.

TEMPORARY ADD:
LARRY L. MOORE
#246997
A.S.P.C./SAFFORD-GRAHAM
P.O. BOX 2300
SAFFORD, AZ. 85546.

UNITED STATES DISTRICT COURTS FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY L. MOORE, | CASE # 100861 |
| v. | |
| MARICOPA COUNTY SHERIFFS OFFICE, ET ALL. | MEMORANDUM-IN FILED COMPLAINT. |

CONFIRM AMENDED COMPLAINT

IN MY FILED COMPLAINT PETITION ACTION FOR REVIEW, CASE # 100861. ON OR ABOUT APRIL 30, 2010, I SUBMITTED A (1ST) FIRST AMENDED COMPLAINT TO THE U.S. DISTRICT COURT OF COLUMBIA, STATING IN THAT COMPLAINT, (SEE: PAGE (7) SEVEN, SECTION #4)

REGARDING THE 'REFUSAL OF MEDICAL ATTENTION,' / BY THE M.C.S.O. (MARICOPA COUNTY SHERIFFS OFFICE) BAILIFF AND OFFICIALS, FAILED TO RESPOND REASONABLY. INTENTIONALLY DENIED ME ACCESS TO MEDICAL TREATMENT, DENIED / RE-FUSED MY REQUEST, MY NEED (OF) TO A "WHEEL CHAIR."

AS OF THIS DATE, I HAVE NOT RECIEVED MY RECIEPT OF THAT CERTIFICATE VERIFY-(ING) THAT THE DELIVERY WAS MADE OR ACCEPTED BY THE COURT. / THIS IS A MEMORANDUM OF CONCERN. / TO ACKNOWLEDGE, IN THAT 1ST AMENDED COMPLAINT.

LARRY K. MOORE,

[signature]