UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 24 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LARRY L. MOORE,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>MARICOPA COUNTY SHERIFF'S OFFICE,<br><br>        Defendant - Appellee. | No. 10-16736<br><br>D.C. No. 2:10-cv-01495-GMS-JRI<br>U.S. District Court for Arizona, Phoenix<br><br>**ORDER** |

     A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute.

If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. See 9th Cir. R. 42-1.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Cyntharee K. Powells
Deputy Clerk