Case: 2:10cv1495



Larry Lee Moore   # 246997
SAFFORD-AZ-SAFFORD-ASPC-GRAHAM
GRAHAM UNIT
896 S COOK RD.
SAFFORD, AZ 85546

```
FILED        LODGED
RECEIVED     COPY

OCT 1 2 2011

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY                  Z  DEPUTY
```

