U.S. COURT OF APPEALS, NINTH CIR.
RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
NOV 18 2011
FILED _____
DOCKETED _____ DATE _____ INITIAL _____

FILED ___ LODGED ___
RECEIVED ___ COPY ___
NOV 18, 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

SCANNED

United States Court of Appeals
(For the Ninth Circuit)

Larry L. Moore,
  Plaintiff,

v.

Maricopa County Sheriff's Office,
  Defendants

Ninth Cir. Case No.
U.S. Dist Ct. (Dist, Az.) No.
CV-10-1495 PHX - GMS (JRI)

Motion To Dismiss Case, For the Obstruction of Justice, Intention Injustice, Against the Plaintiff. Scandal.

\* This case was reversed/remanded back to the Dist. Court, (Az.). /(In Mandate).

Obstruction of Justice
(Move to Dismiss)

In a recent letter I recieved from the U.S. District Court (Az.), dated 10/28/11 signed by Judge Snow (D. Judge). The 'Order' made by the Court, was to show cause, reason(s) why the Plaintiff (me) failed to notify the Court of "Change of Address."

The (This) Court has failed to present itself honorably. /(A fabricated statement) (by the Plaintiff). When in fact, the first obligation made was made in his change of address. Attached: (Exhibit 30-11) is one of the few.

P-1

Letter(s) the plaintiff have received from the U.S. District Court (D. Az.), dated 6/30/11 (June thirty, two thousand eleven). Furthermore, the Plaintiff (Larry Moore) was released (of wrongfull imprisonment) from A.D.O.C. March 02, 2011, and "Not" Sept. 06, 2011. / The court further used the term (to identify the plaintiff) as "Inactive", (Unable to Locate). / Gross defamation.

Pending action against the Courts (D. Ariz) decision, was and is a ongoing matter since Jan. 1st 2011/ Ninth Cir. Ct., U.S. Atty General's office, Atty for the Plaintiff, (A.D.O.C. paroled the plaintiff, tracking since March 2011), Post Master General office, and also the U.S. Dist. Court (D. Az.) new of my "Change of Address" Report. / The question is to this Court (D. of Az.), why is this Dist. Court of Ariz. / continue with this form of discrimination? Intentionally Injustice..! / Will this matter, also' will be (turn into) part of a scandal?
* See attached: (Copy Exhibit 11-31), part of my recent statement to the U.S. Supreme Court (D.C.) / opinion(s), and filed appealed added cases.

The Plaintiff (Larry Moore) in this case, is 'now' reaping the consequence(s) of a Irresponsible decision (approval) by the Ninth Cir. Court in San Francisco, CA. (i.e.: to return matters back to this Dist. (Az.)). Another opportunity to correct its errors, to delegate, to Renounce / and "Not" make the attempt to humiliate R exacerbate the plaintiff. For he stands (remains).

P-2

PRIOR TO THAT MEETING, IN A BRIEF DISCUSSION WITH THE PROFESSOR (GOLDBLATT) DIR. OF GEORGETOWN UNIVERSITY LAW CLINIC. I STATED TO THE DIRECTOR, IT IS ALL POSSIBLE TO PUSH FOR A RULING, (DECISION) TO BE MADE BY THIS COURT OVER THE(SE) CASES. (i.e.; THE REPRESENTING ATTY'S, (FOR DEFENDANTS) BASICALLY WERE PLEADING TO RETURN MATTERS TO LOCAL JURISDICTION). N NOT HAVE MATTER BROUGHT BACK TO THE COUNTY FOR A "LEG-ALIZED LYNCHING."/

IN THE DECISION(S) (IN) THE ABOVE MATTERS, (SEE ATTACHED: EXHIBIT 1-9 X), DECISION MADE TO REVERSE/REMAND, (A) (MANDATE) THESE MATTERS. GRANT-ING THE 'REQUEST' OF THE DEFENDANT. WHEN A "SIM-PLE FAVOR" FOR THE PLAINTIFF WAS VAST, IMMENSE. OR WAS THIS A OPPORTUNITY FOR THE LOCAL COURT(S) (OPPORTUNITY) TO CORRECT ITS ERRORS, R A CONTINUATION FOR DELAY AS IN TIMES GONE BY?

HISTORY SHOWS, THIS LOCAL STATE GOV'T, HAS AND WILL-NOT DO ANY-THING LAWFULLY TO SUPPORT AND OR CORRECT THE(IR) ERRORS.

IT IS IN MY OPINION, AND I EXPRESS OPENLY TO THE COURT (WITH ITS PERMISSION, OF COURSE), UNDER THE 1ST AMENDMENT OF THE CONSTITUTION, (FREEDOM OF SPEECH). ALSO AS A 'ACTIVIST' OVER THESE MATTERS.
* THE NINTH CIRCUIT COURT IN CALIFORNIA, (HAVING SOME RELATIONS IN THE DIST. OF ARIZ.), HAS ALLOWED, HAS (FOR THE RECORD) REVERSED N REMANDED MY CASE(S) "BACK" TO THIS "PLANTATION", (MARICOPA COUNTY), FOR THE OPPORTUNITY TO "DEAL WISELY WITH THA NEGRO."

P-2 EXHIBIT

EXHIBIT 11-31

Mr. Chairman, I ask permission to address the court. In lew of the continued acts of discrimination, (shown by this court). / It is in the opinion of some official, & officers of this community, and myself, that in fact, the United States Dist Ct. (Az.) has purposely delayed the proceedings. / Further, there is "NO" reasonable cause — to justify the action(s) done (made) by this court. / Its intentional injustice, the gross negligence is, in this case, "obstruction of justice," and grounds for dismissal, (sanctions brought forth) N make public.

* "When the process is defective in some matter of substance, by law, rendering the process void." /

→ The court(s) may-not redraft statutory language.....

Also Mr. Chairman, when I stated (labeled) my filed "complaint," a political 'con' game, as it may be necessary and appropriate to investigate ~~~~ or award relief to the plaintiff. As the law states: "A legacy of absolute," (with family"). / Request to the court.

* Motion to dismiss, grant requested compensation and relief — to the plaintiff in this case.

P-3.

# Sworn Statement

Under the penalty of perjury. In my statement(s) to the Ninth Cir. Court of Appeals' (San Francisco, CA.) / I have re-examined my above statements, made by me the Plaintiff (in this case), and my opinion(s), statements to the United States Court of Appeals for the Ninth Circuit, and believe each and all are true / is correct.

This 27th day of October, 2011.

Signed _____

Notary Public State of Arizona
Maricopa County
Patricia Alvizo Garcia
My Commission Expires 11/07/2014

Notary _____ 11/8/11

P. 4

EXHIBIT 30-11

* CAUSATION IN FACT:

  THE RELATIONSHIP BETWEEN AN ACT OR OMISSION AND EVENT (INCLUDING ALLEGED DAMAGES TO THE PLAINTIFF) WHICH "WOULD-NOT" HAVE OTHERWISE HAPPENED; [ THAT IS, HARM, ERRORS WOULD NOT HAVE OCCURRED BUT FOR THE DEFENDANTS' WRONGFUL CONDUCT.

*) CAUSE OF ACTION. / FACTS THAT ESTABLISH, TWO (2). EXISTENCE OF A RIGHT / AND A VIOLATION OF THAT RIGHT.

—EXHIBIT— 30-11

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC-1
PHOENIX, AZ 85003-2118
—— OFFICIAL BUSINESS ——

