ORIGINAL

_Larry L. Moore_
Name and Prisoner/Booking Number

Place of Confinement

_P.O. Box 2601_
Mailing Address

_PHX, Az  85002_
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
                        FILED ____ LODGED
                   ____ RECEIVED ____ COPY

                        MAR 1 9 2012

                   CLERK U S DISTRICT COURT
                     DISTRICT OF ARIZONA
                   BY _____ P DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| _Larry L. Moore_ | ) |
| (Full Name of Plaintiff)      Plaintiff, | ) |
|  | ) _Ninth Cir. No. 10-16736_   JFM |
| vs. | ) |
|  | ) **CASE NO.** _CV-10-1495-PHX GMS-JRI_ |
| (1) _M.C.S.O. ET AL._ | ) (To be supplied by the Clerk) |
| (Full Name of Defendant) | ) _Reversed/Remanded. (Mandate)._ |
| (2) _SEE NEXT PAGE(S)_ | ) |
|  | ) **CIVIL RIGHTS COMPLAINT** |
| (3) | ) **BY A PRISONER** |
|  | ) |
| (4) | ) ☒ Original Complaint |
|     Defendant(s). | ) ☐ First Amended Complaint |
| ☐ Check if there are additional Defendants and attach page 1-A listing them. | ) ☐ Second Amended Complaint |
|  | _(REFILED)_ |

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    - ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    - ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
    - ☐ Other: _____

2.  Institution/city where violation occurred: _Phoenix, Az (Maricopa County)_

**550/555**

"Defendants"

Continued.

#1.) Complaint.(s)
  M.C.S.O. (Maricopa County Sheriff Office)
  Joseph Arpaio, Maricopa Cnty Sheriff @
  Durango Jail., Towers Jail
  Fulton Brock: Maricopa County Board/Supervisor
  @ Durango Jail. Towers Jail
  Don Stapley: Maricopa County Board/Supervisor
  @ Durango Jail., Towers Jail
  Andrew Kunasek: Maricopa County Board/Supervisor
  @ Durango Jail. Towers Jail
  Max Wilson: Maricopa County Board/Supervisor
  @ Durango Jail. Towers Jail
  Mary R. Wilcox: Maricopa County Board/Supervisor
  @ Durango Jail, Towers Jail

#2) Same as above. Complaint.

#3) ~~Richard Groves (Atty.)~~

#4) Kristin Hoffman (Judge) Commissioner
  @ Superior Court, 201 W Jefferson St. Phx, Az.

P-2

"DEFENDANTS" (CONTINUED)

CONTINUED.

#5) JUSTIN FUTRELL: PHOENIX POLICE OFFICER
@ PHOENIX POLICE Department.

#6) JAIME HINMARCH (ATTY) / @ 1421 E THOMAS RD.
PHOENIX, ARIZ. 85014

#7) SALLY DUNCAN (JUDGE), SUPERIOR COURT @
201 WEST JEFFERSON ST., PHX. AZ. 85003.

#8) CORWIN TOWNSEND, P.C. "LAW OFFICE" / @ 649 N.
4TH AVE., PHX, AZ. 85003.

#9) PHEONIX (POLICE DETECTIVE) PHEONIX DETECTIVE
POLICE DEPT. (REPORTS IN THEFT OF MEANS CHARGE)
PHOENIX, AZ.

#10) ALFONZO CASTILLO (ATTY)

#11.) JENNIFER STEWART (ATTY)

#12) TEMPE (CITY) COURT MUNICIPAL (PRESIDING JUDGE)

#13) JUVENILE CT. JUDGE (ARMENTA)

#14) C.P.S. (CHILD PROTECTIVE SERV.) ADMIN.

#15) JUDGE JAMES BLAKE, SCOTSDALE JUSTICE COURT—

P-3

**B. DEFENDANTS**

1.) Name of first Defendant: _MCSO. (MARICOPA County SHERIFF OFFICE)_ The first Defendant is employed as:
_SHERIFF'S OFFICE COUNTY_ at _MARICOPA COUNTY_ .
(Position and Title)                              (Institution)

2.) Name of second Defendant: _BOARD OF SUPERVISOR_ . The second Defendant is employed as:
_COUNTY BOARD_ at _MARICOPA CNTY BOARD_ .
(Position and Title)                              (Institution)

3.) Name of third Defendant: _RICHARD GROVES_ . The third Defendant is employed as:
_ATTORNEY (LAWYER)_ at _PRIVATE / PHX. AZ._ .
(Position and Title)                              (Institution)

4.) Name of fourth Defendant: _KRISTIN HOFFMAN_ . The fourth Defendant is employed as:
_JUDGE (COMMISSTINER)_ at _SUPERIOR COURT_ .
(Position and Title)                              (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

**C. PREVIOUS LAWSUITS**

1. Have you filed any other lawsuits while you were a prisoner?        ☒ Yes        ☐ No

2. If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

    a. First prior lawsuit:
       1. Parties: _Moore_ v. _Arpaio_
       2. Court and case number: _CV-09-1492_ .
       3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _PENDING_

    b. Second prior lawsuit:
       1. Parties: _Moore_ v. _KENDMARCH_
       2. Court and case number: _CV-2:09 CV-01461 PHX GMS JRI_
       3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _PENDING_ .

    c. Third prior lawsuit:
       1. Parties: _Moore_ v. _LUTTRELL._
       2. Court and case number: _2:09 CV-02093_ .
       3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
          _PENDING_ .

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

CONTINUED,

## C. PREVIOUS LAWSUITS

2)

d. FOURTH PRIOR LAWSUIT:
   1. PARTIES: MOORE V. MARICOPA CNTY SHERIFF'S O.
      (NINTH CIRCUIT)
   2. 2:10-CV-01495 GMS / NO. 10-16736,
      (ORDER)
   3. STILL PENDING (SEE: ATTACHED EXHIBIT-1)

e. FIFTH PRIOR LAWSUIT:
   1. PARTIES: MOORE V. ~~UNKNOWN PARTIES, ETAL-~~ A MISSOURI CORP.
      (NINTH CIRCUIT)
   2. 2:10-CV-02538 GMS-JRI / NO. 11-15055
   3. APPEALED / PENDING

f. SIXTH PRIOR LAWSUIT:
   1. PARTIES: MOORE V. ARIZ. DEPT. OF CORRECTIONS, ETAL.
      (NINTH CIRCUIT)
   2. 2:10-CV-02600-GMS JRI / NO. 11-15056
   3. APPEALED / PENDING

## B. DEFENDANTS

5.) Name of FIFTH DEFENDANT: JUSTIN FUTRELL
PHOENIX POLICE OFFICER @ PHX. POLICE DEPT.

6.) Name of SIXTH DEFENDANT: JAIME HANDMARCH
ATTORNEY (LAWYER) @ PRIVATE 1421 E THOMAS RD PHX 85014.

7.) Name of SEVENTH DEFENDANT: I. SALLY DUNCAN
JUDGE @ SUPERIOR CT. 201 W JEFFERSON (PHX. AZ).

8.) Name of EIGTH DEFENDANT: P.C. CORWIN TOWNSEND
P. ATTORNEY @ LAW OFFICE (649 N 4TH AVE, PHX 85003).

9.) Name of NINTH DEFENDANT: A DETECTIVE
PHX. POLICE DEPT. @ DEPT of PHX / DETECTIVE.

10.) Name of TENTH DEFENDANT: ALFONZO CASTILLO
APPOINTED LAWYER @ PUBLIC DEFENDER OFFICE.

11.) Name of ELEVENTH DEFENDANT: JENNIFER STEWART
APPOINTED LAWYER @ PUBLIC DEFENDER OFFICE.

12.) Name of TWELFTH DEFENDANT: PRESIDING MUNICIPAL
COURT JUDGE @ TEMPE MUNICIPAL COURT, TRAFFIC COURT TEMPE, AZ.

13.) Name of THIRTEENTH DEFENDANT: ARMENTA
JUVENILE COURT JUDGE @ JUVENILE CT (MESA AZ.)

14.) Name of FOURTEENTH DEFENDANT: C.P.S. CHILD
PROTECTIVE SERV. @ ADMIN. OFFICES.

15.) Name of FIFTEENTH DEFENDANT: JAME BLAKE
JUDGE @ SCOTTSDALE JUSTICE COURT (SDSAZ).

2 - (B-DEFENDANTS)

## D. CAUSE OF ACTION

### COUNT I

1.  State the constitutional or other federal civil right that was violated: *FEDERAL RIGHTS, AMENDMENTS, PRIVATE, DECLARATION, COMMERCE, DEPRIVATION OF RIGHTS.*

2.  **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
    - ☐ Basic necessities
    - ☐ Mail
    - ☐ Access to the court
    - ☐ Medical care
    - ☐ Disciplinary proceedings
    - ☒ Property
    - ☐ Exercise of religion
    - ☐ Retaliation
    - ☐ Excessive force by an officer
    - ☐ Threat to safety
    - ☒ Other: *CRIMINAL MISCONDUCT/ MISBEHAVIOR*

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    *SEE: PAGES ~~1~~ : ~~2~~*
    *( 1 - THRU 9 )*

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    *A EMBARRASSMENT TO THE COMMUNITY, TO THE VETERAN'S HELP PROGRAM. DAMAGED THE FINANCIAL SUPPORT OF THE (7) SEVEN RETAIL STORE EMPLOYEES AND THEIR FAMILIES, MY RETAIL SUPPORT CUSTOMERS AND ACCOUNTS. TO OUR COMMUNITY PROGRAM AND THEIR FAMILIES ALSO MY FINANCIAL AWARDS AND ACHIEVEMENTS AND INCOME FROM.*

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
    b.  Did you submit a request for administrative relief on Count I? ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *DOES NOT APPLY.*

# COUNT 1

THE FIRST (8) LBS. OF ALL ORIGINAL DOCUMENTS AND MATERIAL(S) FAILED IN ITS ATTEMPT TO DELIVER. WITH THE ASSISTANCE OF THE CLERK OF COURT (DEPT. OF JUSTICE), THE SECOND ATTEMPT OF MAILED COPIES WAS DELIVERED.

(COUNT #1. * 1)
DEFENDANT #1

IN '2005', IN MY RETURN FROM A COURT APPEARANCE, I WAS PUT INTO A HOLDING CELL IN DURANGO JAIL (IN MARICOPA COUNTY), IN WHERE I WAS ATTACKED BY (5) FIVE TO (7) SEVEN INMATES (i.e., IN MATES OF DIFFERENT RACE(S) HOLDING CELL), THIS ATTACK WAS SAID TO BE RACIALLY MOTIVATED BY D.O.'S (DETENTION OFFICERS). I WAS TAKEN TO THE MARICOPA COUNTY HOSPITAL (BY AMBULANCE), I SUSTAIN(ED) FACIAL TRAUMA, FRACTURES WHICH REQUIRED SURGERY. AT THE TIME I STATED I WANTED A SECOND AND THIRD OPINION. AT THE TIME OF BEING RELEASED, I RECEIVED A COPY OF MY X-RAYS FROM THE INJURY (THEY WERE ON CD DISK). /

IN TAKING MY X-RAYS TO A OPHTHALMOLOGIST FOR FURTHER ANALYSIS AND EVALUATION, THE DOCTOR STATED, "THERE IS SURGERY NEEDED AROUND THE EYE. THE BONE(S) HAVE BEEN FRACTURED, THE EYE IS SETTING-BACK OVER A HALF OF AN INCH FROM ITS ORIGINAL SETTING". HE ALSO SAID THAT PRESSURE HAS BEEN TAKEN AWAY FROM THE EYE. /

I ASK OF THE CHANCES OF FURTHER DAMAGES

# COUNT 1

UNDER SURGERY. / HE SAID, (THE DOCTOR). IF IT WERE ME, BECAUSE THE FRACTURES SURROUND THE EYE, SURGERY COULD CAUSE FURTHER DAMAGE, WITHOUT THE SURGERY, THE INJURY WILL ~~BE~~ ~~HEAL~~ AND HAS REMAIN VISIBLE. IRREVOCABLE INJURY.

IN 2007, IN A RETURN LETTER FROM THE SENATOR (JON KYL) REGARDING MY COMPLAINTS. (i.e., DEPT'S AND AGENCIES OF MARICOPA COUNTY WERE NOT TAKING MY MATTERS SERIOUSLY). HE STATED, "MR. MOORE YOU CAN VERY EASILY RESOLVE YOUR PROBLEM IN OUR JUDICIAL BRANCH OF GOV'T. IN WASHINGTON, AND IF THERE IS ANYTHING MY OFFICE CAN DO, PLEASE LET US KNOW."

AS I HAVE STATED IN PREVIOUS REPORTS, THE UNITED STATES DEFENSE ATTORNEY (ERIC EDELSCHECK), CONVINCED ME TO DISMISS MY CLAIM. IN THAT CORE OF CONVERSATION (S), HE STATED THAT THE MARICOPA COUNTY SHERIFF'S OFFICE "WERE NOT" PART OR DIVISIONS OF THE FEDERAL GOVERMENT, AND I WOULD HAVE A DIFFICULT TIME SHOWING THAT THEY WERE. / THROUGH CONTINUOUS TELEPHONIC COMMUNICATION (S) AND E-MAIL (S), I AGREED TO DISMISS THE CHARGES, AND RETURN THE ACTIONS THROUGH LOCAL STATE & FEDERAL JURISDICTION FOR COMPENSATION, (i.e., BOTH CIVIL AND CRIMINAL).

# COUNT 1

IN A RECENT FILED COMPLAINT TO THE U.S. ATTORNEY GENERAL'S OFFICE, IN THE STATE OF ARIZONA. I MADE THE REQUEST TO ASSIGN A GRAND JURY, TO PRESENT INDICTMENTS, ISSUE SUBPOENAS, RAISE QUESTIONS, AND PURSUE AN INVESTIGATION(S) FOR THE ACTS OF PROSECUTORIAL ABUSE, JUDICIAL MISCONDUCT, INCLUDING CRIMINAL MISCONDUCT COMMITTED BY LOCAL, & STATE OFFICIALS, AND ITS ADMINISTRATION.

MY PRESENT ACTING REPRESENTING ATTORNEY CEDRIC M. HOPKINS (IN A RULE 32 APPEAL) REMAINING AS MY ADVISORY, FORWARDED ME MATERIAL (PER MY REQUEST) REGARDING THE FUNCTION AND DUTIES OF A GRAND JURY. / HE ALSO ADVISED ME THAT THE STATE OF ARIZ. DOES-NOT HAVE A CITIZEN'S GRAND JURY, AND THAT I WOULD HAVE TO CONVINCE THE ATTORNEY GENERAL'S OFFICE, OR SOME OTHER AGENCY TO REQUEST A GRAND JURY.

ON OR ABOUT SEPT. 11, 2010 I SUBMITTED FIFTY-NINE PAGES OF CAUSES AND THE EFFECTS, COVERING THE EVENTS, AND EIGHTEEN PAGES OF QUESTIONS I FELT NEEDED TO BE RAISED BY A GRAND JURY. SOCIAL INJUSTICE IN A CONSPIRACY, A PLOT, TO JUSTIFY THE ACTIONS DONE IN 'BOGUS' CHARGES. THOSE BOGUS COMPLAINTS HAS LED TO AND THE REASON(S), (I.E., HIGHLY SOPHISTICATED FRAME-UPS)

-3-

# COUNT 1

FOR MY ARREST AND DETENTION, CLAIMS AGAINST THE M.C.S.O. (MARICOPA COUNTY SHERIFF'S OFFICE).

2) IN '2004-2005', I FILED A COMPLAINT TO THE U.S. DISTRICT COURT (IN ARIZ.) REGARDING THE LIVING AND FOOD CONDITIONS, AFTER BEING FRAMED (i.e., INVOLVING A BOGUS COMPLAINT), I WAS DETAINED IN THE MARICOPA COUNTY JAIL(S), (DURANGO; TOWERS JAIL) IN MARICOPA COUNTY. AFTER BEING RELEASED FROM COUNTY JAIL (AFTER APPX. (4) MONTHS), I CONTACTED THE A.C.L.U. (AMERICAN CIVIL LIBERTIES UNION) REGARDING MY FILED COMPLAINT. I WAS LATER CONTACTED, IN A RESPONSE LETTER, SAYING, "AS A PRE-TRIAL DETAINEE HOUSED IN MARICOPA COUNTY JAIL SYSTEM, i.e., DURANGO; TOWERS JAIL(S), I WAS AUTOMATICALLY INCLUDED IN SETTLEMENT CLAIM, HART v. HILL, FOR "INHUMANE; UNSANITARY HOUSING CONDITIONS," AND THAT SOMEONE WILL BE CONTACTING ME REGARDING THAT SETTLEMENT." / THAT WAS IN '2005.' IN AUGUST '2009' I SUBMITTED ANOTHER PETITION REQUESTING A RESPONSE IN THE FURTHER ACTION OR STATUS IN THAT COMPLAINT (CLAIM). SEE ATTACHED: EXHIBIT-1, DATED AUG. 28, 2009 / I.L.S. MAILED, REQUESTING A RESPONSE IN MY COMPLAINT.

'GRAVES v. ARPAIO' WAS ANOTHER CASE SETTLEMENT INVOLVING THE MARICOPA COUNTY SHERIFF'S OFFICE FOR UNSANITARY, UNSAFE CONDITIONS FOR

- 4

# COUNT 1

PRE-TRIAL DETAINEES. / I WAS MOVED FROM DURANGO JAIL TO TOWERS, I WAS FORCED TO SLEEP NAKED ON A STEEL BUNK (WITHOUT A MATTRESS) FOR (4) FOUR DAYS, WITH RATS (MICE) CRAWLING ON ME. I SPOKE WITH SGT. GIBBS ON DUTY ABOUT THE RATS, AND THE CRUEL AND UNUSUAL PUNISHMENT. HIS RESPONSE WAS, "THEY ARE CALLED "MICE", WE DON'T HAVE RATS." WELL I'VE SEEN BOTH. / SEE ATTACHED: EXHIBIT-2, A FILED COPY TO U.S. DISTRICT COURT, MAILED BY I.L.S. (INMATE LEGAL SERV.) DATED AUG. 24, 2009. SEE: EXHIBIT-4

3.) IN CASE # CV-09-1492 PHX-GMS-JRI / LABEL-LR CIV 7.1(@) / INVOLVING EXCESSIVE FORCE BY THE D.O.'S (DETENTION OFFICER(S).

IN MY COMPLAINT TO THE U.S. DISTRICT COURT (IN ARIZ.). I STATED, WHEN I ARRIVED @ THE FOURTH AVE JAIL, (IN MARICOPA COUNTY). I WAS SEARCHED, THEN I WAS ASKED TO REMOVE SHOES, i.e., SLIPPERS, AND SOCKS, THEN WAS TOLD TO WALK THROUGH A SCANNING DETECTOR. AFTER BEING CLEARED, YOU WERE ALLOWED TO PICK-UP YOUR SOCKS, & SHOES (i.e., SLIPPERS), THEN PUT INTO A TEMPORARY HOLDING TANK (CELL).

WHEN I BENT OVER TO PICK-UP MY SOCKS, & SLIPPERS, BEFORE I COULD PUT ON MY RIGHT (FOOT) SLIPPER, I WAS GRABBED (i.e. AGGRESSIVELY), JUST BE-

-5-

# COUNT 1

LOW MY SHOULDER, BY MY RIGHT ARM, ~~(illegible)~~ BY A D.O. (DETENTION OFFICER). AFTER HE (D.O.) GRABBED MY ARM, TWO OTHER D.O.'S JOINED-IN THE ATTACK, AGGRESSIVELY FORCING MY HANDS BEHIND MY BACK, @ THE SAME TIME ATTEMPTING TO FORCE ME INTO (ON) A TABLE. AS I HIT THE TABLE (CHEST FIRST), I FELT THE OFFICER'S ELBOW IN MY LOWER BACK, MY BACK BECAME INSENSIBLE, STUNNED FROM THE FORCE OF PRE-SSURE BY HIS ELBOW, INJURING MY BACK. IT WAS VERY PAINFUL. I NOTICED THE FEMALE SGT. WATCHING, AND WHO SAID NOTHING.

IN A STATEMENT TO THE COUNTY JAIL ADMIN., AND TO THE U.S. DISTRICT COURT (DIST. OF ARIZ.), IN THE REPORT I STATED, I DID NOTHING OR SAID NO-THING TO PROVOKE THIS EVIL(S). / COUNTY MEDICAL @ THE LOWER BUCKEYE JAIL (L.B.J.) TOOK X-RAYS OF MY BACK AND SPINAL AREA, BUT THERE WAS NO VIS-IBLE SIGN(S) OF INJURY. i.e., I DID NOT HAVE ANY BACK PROBLEMS OR PAIN BEFORE AND UNTIL NOW. / I MADE SEVERAL REQUEST, FOR SOMETHING FOR THE PAIN IN MY BACK. I WAS GIVEN (PRESCRIBED) NYPROXEN IN COUNTY JAIL. I MADE THE REQUEST FOR SOMETHING STRONGER (i.e., FOR THE PAIN), BUT WAS DENIED. IN THE A.D.O.C., I HAVE BEEN PRESCRIBED AND TAKING (500 MG) ACETAMINOPHEN FOR MY CONTINUOUS BACK PAIN. SEE ATTACHED: COPY TO U.S. DISTRICT

- 6 -

# COUNT 1

COURT, / THE COMPLAINT(S) TO CORRECTIONAL HEALTH SERVICES. EXHIBIT-3, - DATED AUG. 11, 2009.

TODAY IS SEPTEMBER 27, 2010. (i.e., OVER A YEAR SINCE THE ATTACK), AND TODAY, I STILL EXPERIENCE PAIN IN MY BACK.

IN A CONTINUOUS BATTLE AGAINST THE OPEN FOE (i.e., THE INVISIBLE AGENCY), TO PROVE MY INN-OCENCE IN THESE ONGOING MATTERS. / I AM NOW AWAITING THE HOLDING. (i.e., RULING DECISION), IN A RULE (32), PRESENTLY IN THE COURT OF APPEALS.

4)   AFTER (8) EIGHT MONTHS IN COUNTY JAIL(S), THE MORNING OF OCTOBER 2, 2009, IN A SUPERIOR COURT, COURT ROOM. AS I STOOD BEFORE JUDGE / COMM. KRISTIN HOFFMAN, I BECAME WEAK, FEELING NAUSEOUS, I COLLAPSED, HIT THE FLOOR. AS I CAME TO, THE ATTORNEY CORWIN TOWNSEND (IN HIS ATTEMPT TO REPRESENT ME), LOOK DOWN @ ME, HE ASKED, "DO I NEED TO CALL PARAMEDICS"? I SAID, "YES," THE BALIFF (M.C.S.O.) SAID REPEATEDLY. "OK MR. MOORE YOU CAN GET-UP NOW"! /

WHEN I FINALLY ROSE TO MY FEET, (I COULD HARD-LY STAND, I STUMBLED OVER TO A CHAIR (i.e., IN HAND-CUFFS AND SHACKLES), I WAS DIZZY. I NOTICED MY WRIST WAS BLEEDING FROM THE HANDCUFFS AFTER HIT-TING THE FLOOR. / I THOUGHT I WAS WAITING FOR THE PARAMEDICS WHILE WAITING IN THE CHAIR. (ALL OF THIS IS RECORDED, ACTION(S) DONE IN THE COURT ROOM).

# COUNT 1

THE SAME BALIFF, ASK ME IF I COULD MAKE IT ACROSS THE COURT-ROOM, TO THE 'EXIT' DOOR, SAYING "WE GOTTA GET YOU TO THE PARAMEDICS." - / AFTER I MADE-IT ACROSS OUT THE DOOR OF THE COURT ROOM, THERE WAS NO PARAMEDICS, AS I HAD TO STOP. I MADE THE REQUEST FOR A WHEEL CHAIR, HE SAID (THE OFFICER) "WE DON'T HAVE ONE"! - CAN YOU MAKE-IT TO THE ELEVATOR HE, ASK, SAYING "WE GOTTA GET YOU TO THE PARAMEDICS," (i.e. FOR A MOMENT, THINKING THEY MIGHT BE DOWN STAIRS). - / AFTER ENTERING THE ELEVATOR AS WE WERE GOING DOWN, I REMEMBER, I KEPT SAYING, "I NEED A WHEEL CHAIR," MY VISION BECAME BLURRED, I NEEDED TO SET DOWN.

AFTER DOWN IN THE BASEMENT OF THE COURT HOUSE (i.e. WHERE A TUNNEL LEADS THE INMATES TO AND FROM COURT(S)). THERE WAS NO PARAMEDIC (S), I AGAIN, ASK FOR A WHEEL CHAIR, THE OFFICER(S) SAID, "SORRY, WE DON'T HAVE ONE." / THEY CONTINUED REFUSING AND DENY(ING) AND IGNORING MY CONDITION, I BECAME DISORIENT(ED), - I STARTED SWEATING, TAKING STEP BY STEP. (LATER I THOUGHT, NOT KNOWING WHAT WAS WRONG WITH ME, I COULD-OF DROP DEAD, BEING FORCED TO WALK, DENY(ING) ME ACCESS TO A WHEEL CHAIR).

AFTER REACHING THE OTHER SIDE OF THE TUNNEL, I WAS PUT IN A CELL. WHILE SITTING ON THE FLOOR I COLLASPED AGAIN. LATER I WAS WAKEN BY ANOTHER INMATE, SAYING, "ITS TIME TO GO," (i.e., TO BE TRANSP-

-8-

# COUNT 1

ORTED BACK TO THE HOUSING CELL(S). AFTER RETURNING, I DIDN'T REMEMBER HOW I GOT THERE, I LAYED DOWN. I NEVER SAW PARAMEDIC(S), WHEEL CHAIR, NURSE, DOCTOR(S) OR PRACTIONER, NO ONE REGARDING MY CONDITION.

MARICOPA COUNTY JAIL (MEDICAL) WAS AWARE, BEFORE I WAS DETAINED. I WAS UNDER DOCTORS CARE, FOR RESPITORY TREATMENT(S). / THIS WAS A VERY FRIGHTEN(ING) EXPERIENCE, IGNORING, DENYING AND OR REFUSING ME MEDICAL CARE.


# IN CLOSING

IN A FILED DETITION TO THE STATE COURT IN ARIZONA, MARICOPA COUNTY. I STATED, THE STATE FACES A MUCH GREATER CONCERN(S), AS I HAVE STATED EARLIER IN THIS REPORT, REGARDING THE BOGUS, FALSE, AND MADE-UP CHARGES AGAINST ME AS DEFENDANT IN THOSE MATTERS. / I HAVE ASK, AND MADE THE ATTEMPT TO CONVINCE, TO SEEK THE PERMISSION OF THE U.S. ATTORNEY GENERAL'S OFFICE, IN THE STATE OF ARIZ., TO ASSION, REQUESTING A MAJOR CALL FOR ASSIGNMENT OF A GRAND JURY, TO ANNOUNCE AND TO WRITE THE REPORT(S) AGAINST THE

## COUNT II

1. State the constitutional or other federal civil right that was violated: _AMENDMENT RIGHTS VIOLATION / Az : US Constitution / Deprivation, & Secured Rights Declaration; Human Rights_

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _Criminal Negligence Malpractice_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _SEE :_

   _COUNT  II   PAGES 1-THRU 3_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). _FRADULENTY MADE ATTEMPTS TO DEFRAUD / MY ENTIRE RETAIL STORE / HELP PROGRAMS / FINANCIAL BURDEN MADE TO ME / FAMILY / EMPLOYEES AND COMMUNITY_

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐Yes ☐No
   b. Did you submit a request for administrative relief on Count II? ☒Yes ☐No
   c. Did you appeal your request for relief on Count II to the highest level? ☐Yes ☒No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _DOES NOT APPLY_

4

U.S. SUPREME CT
APPEARS

# IN COUNT II

ATTORNEY RICHARD ⬤ GROVES WAS PAID A RETAINER
IN THE FILED COMPLAINT. TO TAKE LEGAL ACTION
AGAINST THE LEASING AGENT(S), TO REPRESENT VETERANS
BOTTOMLINE RETAIL STORE. NOT ONLY TO RECOVER MER-
CHANDISE, BUT RECOVER COMPENSATION N RELIEF FOR
MISBEHAVIOR. DEPOSITIONS TAKEN UNDER OATH, CLEARLY
SHOWED THAT BRETT DAVIDSON ACTED INAPPROPRIATELY,
AND TRULY WAS UNLAWFUL AND ILLEGAL. VETERANS
BOTTOMLINE RETAIL STORE IN A COURT OF LAW (JUST,
COURT WOULD GRANT RELIEF, COUNTRY MART II WOULD
BE LIABLE IN A SUIT.)

ATTY. RICHARD GROVES, IN HIS DISCRIMINATION SIDED
WITH THE DEFENDANTS, (SHOWING NEGLIGENCE ON
BEHALF OF THE ~~DEFENDANTS~~ PLAINTIFFS N THIS
CASE). MR GROVES, HAVING A SIGNED CONTRACT(ED)
OBLIGATION FAILED. MOREOVER, ARRANGED A PACKAGE
DEAL (ON HIS OWN ACCORD) WITHOUT MAKING HIS
CLIENT(S) AWARE OF THOSE DECISION(S). IT IS
IN THE OPINIONS OF THOSE CONCERNED, THAT ATT.
GROVES WAS ONLY LOOKING FOR HIS PERSONAL IN-
TREST AND GAINS TO PROFIT.

IN THE "DEPOSITION."(S) (SEE ATTACHED.) IT CLEAR-
LY SHOWS MISBEHAVIOR DONE BY THE LEASING
AGENT(S), IT ALSO SHOWS, IF THE CASE WOULD
OF CONTINUED IN A COURT OF LAW (BATTLE), THE
AGENTS WOULD HAVE FAILED, FAVOR MADE BY THE
COURT(S) CLEARLY SHOWS FAVOR, RELIEF, AND COM-
PENSATION WOULD BE GRANTED TO THE PLAINTIFF

P.-1

*Copy*

EXHIBIT. 1-18X

*Count II*

**LAW OFFICES**
**RICHARD N. GROVES**

1708 EAST THOMAS ROAD
PHOENIX, ARIZONA 85016
TEL (602) 230-0995
FAX (602) 277-9018

April 3, 2006

Mr. Larry Moore
13801 W. Peck Drive
Litchfield Park, Arizona 85340

Re:  Follow-up on our telephonic conversation this date

Dear Mr. Moore,

As I noted in my written correspondence of March 27, 2006, which you admitted you have received, I have requested, received, and forward to you copies of all documents from the Dreamy Draw Justice Court's file on Civil Action **CV03-00833RA.** I also requested copies of the forcible detainer **CV03-00136FD** from the North Valley Justice Court, but received copies of a different action in which you were not a party.

When my staff requested copies again from North Valley Justice Court, they were advised that the Court was in the process of moving its physical location to Surprise, that all its files were already taken away, that the Court would be closed until April 4, 2006, and that any request for documents would have to be made after that date.

Your call on Friday, March 31, 2006 and again this morning, pre-dates the timing in which I can request these copies for you.  Therefore, as I have already noted in my written correspondence of March 27, 2006, I will secure copies for you and forward as soon as possible.

Pursuant to our telephonic discussion this morning, I believe that all future correspondence in this matter should be in writing, to insure that no further misunderstanding occurs.

My best,

Richard N. Groves

RNG/jj
cc:  Mr. Kip Micuda
     Director Attorney/Consumer Assistance Program
     State Bar of Arizona
     4201 N. 24th Street, Suite 200
     Phoenix, Arizona  85016-6288

(COUNT II) "QUESTIONS"

(18 PAGES)

PART-2

✻ THESE ARE JUST "SOME" OF THE QUESTIONS TO BE RAISED, IN THIS CONSPIRACY, PLOT(S), (i.e., THOSE INVOLVED). A TARGET "A POLITICAL 'CON' GAME"

COPY

1.) CHAD YOUNG: WHERE ARE ALL OF THE PERSONAL BELONGINGS OF LARRY MOORE AND HIS CHILDREN? WHERE IS THE DEPOSIT ($5000 DOLLARS) USED AS A DEPOSIT FOR THE HOUSE? WHERE DID YOU FIRST MEET MR. MOORE? / HOW DID YOU KNOW HE WAS IN THE MARKET FOR A HOME?

(COUNT II) 2.) ATTORNEY RICHARD GROVES: DID YOU APPEAR @ GLENDALE JUSTICE COURT TO REPRESENT LARRY MOORE? DID YOU ASSIST HIM @ COURT WITH A SUPERCEDE BOND? WHY DIDN'T YOU, INFORM MR. MOORE WHERE TO PAY THE FILING FEE? -/ WHY DIDN'T YOU NOTIFY THE COURT OF MR. MOORE MAKING THAT (MADE) PAYMENT? -/ WHAT HAPPEN TO THE MONEY, PUT TOWARD THAT BOND? -/ WHAT WAS THE PACKAGE DEAL, THAT YOU MADE WITH BRETT DAVIDSON OF COUNTRY MARKET II? WHAT DID MR. MOORE, PAY YOU MONEY TO DO? WHEN YOU, OR AFTER DEPOSITIONS WERE TAKEN, DID IT NOT CLEARLY SHOW, BRETT DAVIDSON ACT(ED) UNLAWFULLY? DID YOU NOT TELL MR. MOORE, THAT LEGALLY COUNTRY MKT II CANNOT WITHHOLD THEIR MERCHANDISE?

P-2

CONTINUED. (COUNT II)    "QUESTIONS TO BE RAISED"

WHY DIDN'T YOU PERFORM THE DUTIES IN THE SIGNED CONTRACT? — WHY DIDN'T YOU CONTINUE TO FILE A LAW SUIT IN THE DEFENSE OF VETERAN'S RETAIL STORE? WHAT HAPPEN TO 3000 SQ FT OF MERCHANDIZE? IS IT POSSIBLE YOU BREACH THE CONTRACT IN NEGLIGENCE; DID MR. MOORE (VETERANS RETAIL STORE) HAVE GROUNDS FOR SUIT AGAINST COUNTRY MARKET-II FOR MISCONDUCT?

3.) BRETT DAVIDSON (COUNTRY MARKET II): WHAT WAS INVOLVED IN THE PACKAGE DEAN, BETWEEN YOU AND ATTY. RICHARD (GROVES)? — WHERE, OR WHAT HAPPEN TO (3000 SQ FT) OF MERCHANDIZE BELONGING TO VETERANS RETAIL STORE? DID YOU REALLY THINK, "BY LAW", YOU COULD KEEP A ENTIRE STORE, BY RIGHT? — / WHAT WAS THE REASON FOR CHANGING THE LOCKS, W/O ANY NOTIFICATION TO ANYBODY? — / DID YOU WAKE-UP AND DECIDED ONE DAY, TO DO THIS? DO YOU THINK YOU VIOLATED A SECURED RIGHT? — / DID YOU AND RICHARD (GROVES) (ATTY) PLAN TO SPLIT THE STORE?

4.) MANAGER JIM (MAIL SERVICE @ 2415 E THOMAS RD.): WHAT ROLE DID YOU PLAY IN ASSISTING IN THE CLOSE OF THE VETERAN BOTTOM-LINE MAIL BOX? — / WHO AUTHORIZED THE CLOSING? — / DID MR. MOORE GIVE AUTHORIZATION TO SHUT-DOWN OR CLOSE SERV. AFTER (5) YEARS? — / IS MAIL TAMPERING A FEDERAL OFFENSE? — / WHY WASN'T MR. MOORE INFORMED OF THIS? — / DID YOU TELL HIM YOU WERE NOT RESPONSIBLE? — / ARE YOU PART OWNER? — / ARE YOU

3

CONTINUED,                    CT-II

I ASK THE HIGH COURT TO STEP BACK, TO HAVE A ~~BIGGER~~ PICTURE, BETTER VISUAL VIEW OF THE EVENTS THAT HAS TAKEN PLACE OVER THE PAST FEW YEARS (2004-THRU-2008). I WILL WRITE STATEMENTS, REPORTS, A BRIEF SYNOPSIS ABOUT THOSE EVENTS AND MY COMPLAINT(S) DONE BY OFFICIALS, AGENTS, ATTORNEYS, THE COURTS, INVISIBLE AGENTS, AND THEIR ADMINISTRATION.

AT THIS TIME, I AM WRITING FROM A ARIZONA STATE PRISON COMPLEX, (MOHAVE/DOUGLAS), AS I PREVIOUSLY STATED IN A REPORT (-) IN 2004; WHAT WAS IN THE HEART, & MIND OF THIS ENEMY, IN THEIR ATEMPT, WOULD USE THEIR PRISON(S) AS A "BUFFER" (I.E., TO LESSEN OR ABSORB THE SHOCK OF IMPACT. ONE THAT PROTECTS BY INTERCEPTING OR MODERATE ADVERSE PRESSURE OR INFLUENCES), IN EFFORT(S) TO SILENCE ME, TO PREVENT ME FROM MAKING OR TAKING MY COMPLAINTS PUBLICLY. NOTICE, IN "2004" ALONE THE MANY ARREST THAT WERE MADE UPON ME, (I.E., ITS ON REPORT RECORD). THERE WERE (NO-CRIMES) BEING COMMITTED, IT WAS AN ATTACK, VEXATION, TO EXACERBATE. THIS WAS ONLY TO PRE-SENT A NEGATIVE REPORT(S), SHOWING NEGATIVE DEFAMATION, A NEGATIVE PROFILE TO JUSTIFY THE ACTS OR ACTIONS THEY (ENEMY) WERE ABOUT TO DO.

IN "2004", THE LEASING AGENTS OF THE COMMERCIAL

(P-4)

(CONTINUED,)

## CT II

PROPERTY, ONE MORNING CHANGED THE LOCKS OF OUR VETERAN'S RETAIL STORE (IN PHOENIX, AZ.), 3000 SQUARE-FOOT, FULL OF INVENTORY, D.B.A. (DOING BUSINESS AS) BOTTOM-LINE RETAIL STORE, WITH-OUT ANY ADVANCE NOTIFICATION. THE HIRED ATTORNEY, IN HIS NEGLIGENCE MADE A "PACKAGE DEAL" WITH THE LEASING AGENTS, TILL THIS DAY HAVE NOT (THE RETAIL STORE) BEEN RECOVERED. (AFTER DEPOSITIONS "PROVED" WRONGDOING)

SHORTLY AFTER, MY MAIL SERVICE, AFTER OVER "US" (5) FIVE YEARS (THEN) MYSTERIOUSLY STOP ACCEPTING, MAIL" RECEIVING AND OR TRANSFERED MY MAIL. (BECAME (GOVERNMENT) A FEDERAL MATTER). (BECOMING)

ABOUT THE SAME TIME, IN ANOTHER MYSTERIOUS EVENT, THE RESIDENTIAL PROPERTY OWNERS, (CHAD YOUNG ENTERPRISES) REAL ESTATE AGENT(S), NO LONG-ER WOULD CONSIDER MY "LEASE PURCHASE CONTRACT," AFTER PAYING HIM $5000, FIVE THOUSAND DOLLARS DEPOSIT AND LIVING IN THE HOME, MADE ATTEMPTS TO EVICT ME, & MY FAMILY.

IN A MEETING WITH MY FRIEND AND SILENT PARTNER RUTH COLVIN, (MY FINANCIAL SUPPORTER), SHE STATED, "SOMEONE IS TRYING TO MAKE-IT HARD FOR YOU"!

IT WAS LATER REVEALED, MY ASSOCIATES, IN US-ING A "ELECTRONIC TAPPING LOCATING DEVICE," IT SHOWED THE F.B.I., & THE KLU-KLUX-KLAN HAD TAP-

(P-5)

CONTINUED.

## CT-II

DED IN ON MY LAND, & CELL PHONE (S), AND PLAC-
ED A TRACKING DEVICE ON MY VEHICLE (S). / OTHER
SOURCES REVEALED (NEIGHBORS), ON @ LEAST (3)
THREE DIFFERENT OCCASSIONS, WHEN I WOULD
LEAVE MY PLACE OR RESIDENCE, STRANGE UNINVITED
COMPANY WERE AND HAD ENTERED MY HOME (S)
OVER THE PAST FEW YEARS, (i.e., DISARMING MY ALARM(S),
AND SUBDUED MY DOGS. / IN MY OPINION (S), TO (IT WAS)
ATTEMPT TO SET-ME UP, FRAME ME, OR BECAUSE OF
SOME "POLITICAL WICKED VENDETTA." / LATER WOULD
USE UNLAWFUL 'TACTICS' THROUGH THE COURT SYSTEM,
MANIPULATE THE SYSTEM, TO SEPERATE MY CHILD-
REN FROM THEIR FATHER, PRESENTED TO THE COURT.

   IN "2007", IN MY ATTEMPT TO ADDRESS THE AUTH-
ORITIES, & MEDIA ABOUT THE (SE) CORRUPTION (S),
I STATED, "A POLITICAL 'CON' GAME AGAINST
ONE FAMILY". I MADE REPORTS, BY DROPPING-OFF
AND MAILING LETTERS TO PUBLIC AGENCIES, (i.e.,
SENATOR JON KYL'S OFFICE, ARIZ. INFORMANT, F.B.I.,
FEDERAL BLDG., CHANNEL (15) & (5) NEWS, CHILD-
RENS WELFARE SERV., AND THE DIVISION OF CHILD-
REN SERVICES).

   IN A RESPONSE LETTER FROM SENATOR KYL'S
OFFICE, HE STATED, "MR. MOORE YOU CAN VERY
EASILY RESOLVE YOUR PROBLEM (S) IN OUR JUDICIAL
BRANCH OF GOVERNMENT IN WASHINGTON, AND IF

(P. 6)

CONTINUED,

## CT II

THERE IS ANYTHING MY OFFICE CAN DO PLEASE LET-
US KNOW."

　　IN A PHONE-CALL PLACED TO THE UNITED STATES
SUPREME COURT CLERK ('JANUARY 2009'), IN A BRIEF
CONVERSATION WITH THE CLERK SHE STATED, "THE
METER IS RUNNING," REFERRING TO PREPARING
MY 'STATEMENT OF THE CASE' TO THE DISTRICT OF
COLUMBIA, APPEALING THE HOLDING MADE BY THE STATE
SUPREME COURT IN ARIZ..

　　BEFORE A 'STATEMENT OF THE (MY) CASE' COULD
BE SUBMITTED TO THE COURT, (IN MY OPINION, I
WAS BEING MONITORED, IN MY ATTEMPT TO LEGALLY
CHALLENGE AGAINST THESE INSTITUTIONS), I WAS
DETAINED JANUARY 23, 2009 ON A BOGUS COMPLAINT CHAR-
GE, THROUGH DECEIT AND MANIPULATION. (I.E., THE
ATTORNEY(S), ACTORS, TO MAKE ME THINK THE WHOLE
PROCESS IS A FACTUAL ISSUE, OR WHAT EVIDENCE
TO PRESENT TO THE COURT, TO A COVER-UP, JUSTIFYING
THEIR ACTIONS).

　　TILL THIS DATE (DECEMBER 11, 2010), I AWAIT
THE RULING (A HOLDING) BY THE COURT OF APPEALS
DIVISION-2 (IN MARICOPA COUNTY), AFTER BEING
DETAINED (KIDNAP IS BY STATUTE AND NOT BY FACT)
FOR (22) MONTHS NOW, WITH-OUT DUE-PROCESS
OF THE LAW. / IN A RECENT WRITTEN REPORT(S)
TO THE U.S. ATTORNEY GENERAL'S OFFICE, IN ARIZ.,

(P-7)

CONTINUED,

## CT II

AND TO THE GOVERNOR'S OFFICE, IN MY REQUEST FOR A "GRAND JURY", REGARDING PAST N PRESENT EVENTS, (i.e., ARIZONA DOES-NOT HAVE A CITIZEN'S GRAND JURY). TO ISSUE SUBPOENAS, INDICTMENTS, REQUEST INVESTIGATION, RAISE QUESTIONS, AND WRITE THE REPORT, & MAKE PUBLIC.

## CAUSE (S) AND EFFECT (S)

IN MY ATTEMPT TO SETTLE SOME-OF THE DE-BRIS, DISTRACTIONS AND CONFLICTS, ADDRESSING THE ACCUSATIONS, & ALLEGATIONS TO THE COURT, ALSO IN MY ATTEMPT TO PREVENT FURTHER CRUEL AND UN-USUAL PUNISHMENT (i.e., KIDNAP (PED) IS BY STATUTE AND NOT BY FACT) WITHOUT DUE-PROCESS, I MAY NOW IN MY DELAYED APPEAL, AS IT MAY BE NECESSARY AND APPROPRIATE, TO MAKE MY NOTICE, & STATEMENTS TO THE UNITED STATES SUPREME COURT IN WASH-INGTON. AS I WAS PREPARED @ THE TIME OF MY RESTRAINMENT JANUARY "2009."

MY STATEMENT OF THE CASE TO BE PRESENTED ( A NOTICE OF APPEAL ) TO THE U.S. SUPREME COURT IN DISTRICT OF COLUMBIA, / IN A BOGUS AND FRAUDULENT CHARGE AGAINST ME AS THE DEFENDANT (AS THE PLAINTIFF IN THIS CASE). / ASIDE FROM MY PER-SONAL RIGHTS AND OBLIGATION (S), A PERSONAL LEASE AGREEMENT ENTITLES ME, RULING THAT IT WAS

(P-8)

BRADY   V.   MARYLAND

IN MATTERS, CHARGES MADE AGAINST MYSELF (LARRY L. MOORE) PLAINTIFF IN THE (SE) FILED CASE(S). ALLEGATIONS IN A ASSUALT CHARGE IN '2003', BY PHOENIX POLICE OFFICERS / FRAUDULENT (BOGUS) CHARGES, REPORTS BY JUDGE JAMES BLAKE IN HIS SCOTTSDALE JUSTICE COURT IN '2004.' / REPORTS MADE BY AN "UN" KNOWN DETECTIVE." ACCUSATIONS IN A SAID THEFT-OF-MEANS CHARGE (BY WORD OF MOUTH) IN '2005.' / C.P.S. WITH THE SUPPORT OF JUVENILE COURT JUDGE ARMENTA, WHO ACCUSED ME (THE FATHER) OF "ABANDONMENT" OF MY THREE CHILDREN. IN '2007' CHARGES OF HAVING DRUG PARAPHERNIA (ACCUSA-TIONS). IN 2008. ATTEMPTS MADE TO FRAME ME (SET-UP) OF A DRUG POSSESSION. / IN JANUARY HELD W/O A BOND, ACCUSED OF A 'STOLEN CHECK' GIVEN TO ME TO PURCHASE MY 1988 525-I (BMW), THAT WAS DONATED TO MY PROGRAM. (THE 2008, & 2009 CR CASES, PEND-IN THE "COURT OF APPEALS" DIV - I (DISTRICT ARIZ.), RULE 32 APPEAL / AFTER 8 MONTHS IN COUNTY JAIL(S), & APPX. 18 MONTHS A.D.O.C. ~~~~~~~~

---

**** IN ALL OF THE ABOVE ALLEGED, MADE CHARGES AGAINST ME, (AS THE DEFENDANT)..... / WHAT 'REAL' EVIDENCE (IF ANY) DID THE COURT (S) HAVE IN THIS CONSPIRACY? " IN A UNITED STATES SUPREME COURT-DECISION. BRADY v. MARYLAND," THE STATE IS REQUIRED TO PROVIDE CERTAIN SPECIFIC TYPES OF 'EVIDENCE' IN ITS POSSESSION, INCLUDING "ANY" EVIDENCE THAT MIGHT INDICATE, THE DEFENDANT IS-NOT "GUILTY, AND THERE ARE PENAL-

CONTINUED./

BRADY  V.  MARYLAND

TIES AGAINST THE STATE FOR 'NOT 'REVEALING' THIS EVIDENCE.

WHEREBY, THERE IS - NO PROOF, & EVIDENCE TO THESE 'ALLEGED' CHARGES OVER THE PAST FEW YEARS, AND NOW! / THESE CIRCUMSTANCES ARE SAID TO BE 'CIRCUMSTANTIAL'.

* "THE COURTS CANNOT JUDICIALLY REDRAFT STATUTORY LANGUAGE ... ( BRADY v. MARYLAND A PRECEDENT ).
* WILSON v. N.L.R.B. 920 F.2d. 1282 1289 (6TH CIR 1990).
_  _  _  _  _  _  _  _  _  _  _
RE: LARRY L. MOORE (DEFENDANT,) IN THE ABOVE ALLEGATIONS, CHARGES BROUGHT AGAINST AND ACCUSED. / AS THE "PLAINTIFF" IN THIS CASE(S). WHOM SEEK TO RECOVER RELIEF, & COMPENSATION (AND THEN SOME) FOR PAIN, & SUFFERING DONE TO MY FAMILY AND MY THREE (3) CHILDREN.

9-2

## COUNT III

1.   State the constitutional or other federal civil right that was violated: _FEDERAL RIGHTS VIOLATION_
_PRIVATE, AMENDMENT (AND) Commerce RIGHTS._

2.   **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

☐ Basic necessities  ☒ Mail  ☐ Access to the court  ☐ Medical care

☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation

☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: _CRIMINAL MISCONDUCT_
_FEDERAL VIOLATION._

3.   **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_SEE:_

_PAGES  3 THRU 12_

4.   **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
_LEGAL Court Dates, NOTIFICATIONS, CONTRACTS / FEDERAL_
_INJURY" TO STATE, COUNTY, CITY, PUBLIC AFFAIRS, BUSINESS_
_PLANNING, AGREEMENTS, FUNCTIONS. AS A Community SERVICE_
_PROVIDER. SUPPLIERS, WHOLESALE, RETAIL, SALES, SERVICE_

5.   **Administrative Remedies.** ( _GOVERNMENT ASSOCIATION(S)_

  a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes  ☐ No

  b.   Did you submit a request for administrative relief on Count III?    ☐ Yes  ☐ No

  c.   Did you appeal your request for relief on Count III to the highest level?    ☐ Yes  ☐ No

  d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  _DOES  NOT  APPLY_

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

COUNT III

PREJUDICE AND DISCRIMINATION (CON-STRUCTIVE FRAUD). IN A FILED COMPLAINT TO SUPERIOR COURT, ALSO A FILED COMPLAINT TO THE U.S. DISTRICT COURT (IN ARIZONA) FOR DISCRIMINATION. INEFFECTIVE ASSIST-ANCE OF COUNSEL, I A C CLAIM AGAINST ATTORNEY JAIME HENDMARCH WAS DISMISSED. (DIST. COURT JUDGE MURRAY SNOW).

IN THAT COMPLAINT, I STATED THE "WRIT OF HABEAS CORPUS" FILED IN SUPERIOR COURT, FOR THE MISLEADING, FALSE, BOGUS AND INAPPROPRIATE ACTIONS BY ARRESTING OFFICER (JUSTIN FUTRELL). THE COURT ACC-EPTED MY PRO-PER PETITION IN THE WRIT. "LET THE RECORD REFLECT" THE COURT ORDERED THAT THE DEFENDANT (LARRY MOORE) TO GO BEFORE THE COURT (APRIL 14, 2009) @ 8:30 A.M. SETTING FOR ORAL ARGUMENTS FOR THE MIS-LEADING STATEMENTS OF THE ARRESTING OFFICER(S). / THE MORNING OF APRIL 14, 2009, THE COURT WAS SET FOR OPENING ARG-UMENTS. / JAIME HENDMARCH (ATTY) IN HER DEFICIENT PERFORMANCE, PREJUDICED IN MY DEFENSE BY PURPOSELY MOTIONING IN A RULE 11. THIS WAS MERELY A PLOT TO STOP PROCESS MOVING. (DEFECT OF FORM) REPRESENTING CONFLICTS OF INTEREST, INTO PRO-LONG THE

P-3

# Count III

DETENTION. - I LET THE RECORDS SHOW, A COM-
PLAINT WAS FILED TO SUPERIOR COURT (APRIL
2, 2009) APPX. (5) "FIVE" DAYS AFTER ACCEPTING
HER AS COUNSEL. TO THE ATTN: OF THE HONORABLE
PHEMONIA MILLER (COMMISSIONER). DONE
THROUGH THE I.L.S. (INMATE LEGAL SERV.)
IN MARICOPA COUNTY JAIL. TO HAVE (ATTY.)
J. HINDMARCH IMMEDIATELY WITHDRAWN AS
COUNSEL, AFTER CONFLICTS AND DISCRIMINATION.

THE MORNING OF APRIL 14, 2009, I STATED
TO THE COURT (JUDGE SALLY DUNCAN) THAT A
MOTION WAS FILED, TO WITHDRAW HER (ATTY.
HINDMARCH) AS COUNSEL, AND THAT THIS
ATTORNEY DOES-NOT REPRESENT ME, NOR DOES
SHE SPEAK FOR ME. BUT ONLY TO REPRESENT
HERSELF. / JUDGE DUNCAN DISOBEYED
THE ORDER BY THE COURT, IGNORED MY
FILED COMPLAINT IN CONFLICT OF INTEREST
WITH THAT ATTORNEY. (J. HINDMARCH)
(SIXTH AMENDMENT VIOLATION).

WHEN A JUDGE DISMISSES YOUR COMPLAINT
IN ORDER TO PROTECT HIS/HER PRIVILEGE
PALS, YOU FILE A COMPLAINT FOR "JUDICIAL
MISCONDUCT. 28 U.S.C. SEC. 372 (C) (1).
CONGRESS ENACTED 28 U.S.C. SEC. 372 (C) (1)
IN (1981). COMPLAINTS CONCERNING JUDICIAL

# COUNT III

MISCONDUCT, JUDICIAL MISBEHAVIOR.

ONE OF THE DUTIES OF A JUDGE / COMM-ISSIONER IS TO PROTECT THE CIVIL RIGHTS OF ALL PERSONS, ALSO MAINTAIN ORDER AND SUPERVISE THE ADMINISTRATION OF JUSTICE. 18 USC SEC 242 (DEPRIVATION OF RIGHTS./ UNDER "COLOR OF LAW").

"COLOR OF LAW." USU. IMPLIES A MISUSE OF POWER MADE POSSIBLE BECAUSE THE WRONG-DOER IS CLOTHED WITH AUTHORITY OF THE STATE. HAS COMMITTED A FELONY, 18 U.S.C. SEC. -3 (ASSISTING LAWBREAKERS).

UNDER CODE: JUDICIAL CONDUCT / MISCONDUCT RULE (8.1) E.

DISCIPLINARY RESPONSIBILITY

A JUDGE WHO RECEIVES INFORMATION IN-DICATING A SUBSTANTIAL LIKELIHOOD THAT A LAWYER HAS COMMITTED A VIOLATION OF THE RULES OF PROFESSIONAL CONDUCT SHOULD TAKE APPROPRIATE ACTION./ ITS A RESPON-SIBILITY.

ATTORNEY J. HENDMARCH WISHED AS A "GOOD TOOL," SHE DREW A NICE DISTINCTION BETWEEN HER OWN RELAYED OPINIONS AND THE WISHES OF THE MAJORITY, WHICH SHE FELT MUST ALWAYS TAKE PRIORITY.

# COUNT III

WHY WOULDN'T THE COUNSEL FOR THE DEFENDANT (JAIME HINDMARCH) ALLOW OR SUPPORT THE VICTUM DEFENSE RIGHTS TO THE "WRIT OF HABEAS CORPUS" REGARDING THE MIS-CONDUCT, FALSE STATEMENT AND BOGUS RE-PORTS MADE BY THE ARRESTING OFFICER?

("ANY ATTORNEY, LEGAL ADVOCATE, OR PUBLIC DEFENDER WOULD GLADLY REPRESENT, APPROVE AND SUPPORT THE "ORDER" FOR HIS OR HER CLIENT").

THE WRIT OF HABEAS CORPUS IS ONE OF THE BASIC GAURANTEES OF PERSONAL FREEDOM IN AMERICAN LAW. IT PREVENTS UNJUST OR WRONGFUL IMPRISONMENT OR DETENTION BY LEGAL AUTHORITIES. U.S. CONSTITUTION GAVE IT SPECIAL PROTECTION IN SECTION (9) CLAUSE (2) OF THE U.S. CONSTITUTION.

IN THE U.S. CONSTITUTION SECTION (14), THE WRIT OF HABEAS CORPUS SHALL NOT BE CHANGED, SUSPENDED OR REJECTED BY ANY OR ALL AUTHORITIES OF THE STATE OF ARIZ.

THE WRIT OF HABEAS CORPUS, SHALL NOT BE DENIED OR DISOBEYED FOR ANY DEFECT OF FORM, AND SHALL PROCEED WITHOUT DELAY. / THE DENIED ACTION(S) WAS TOTALLY "MANIFEST OF JUSTICE". IGNORING PETITIONER RIGHTS.

FEDERAL STATUTORY LAW NEXT PAGE

P-6

# COUNT III

Courts CANNOT JUDICIALLY REDRAFT STATUTORY LANGUAGE, WILSON V. N.L.R.B. 920 F.2d. 1282, 1289 (6TH CIR 1990).

If THE GOV'T. BECOMES A LAWBREAKER, IT BREEDS CONTEMPT FOR THE LAW; IT INVITES ANARCHY, OLMSTEAD V. UNITED STATES, 227 U.S. 438 (1928).

THE "DOCTRINE OF LAW" THEN IS THIS: THAT PRECEDENTS AND RULES "MUST BE FOLLOWED." UNLESS FLATLY ABSURED OR UNJUST. FOR THOUGH THEIR REASON BE NOT OBVIOUS @ FIRST VIEW, YET WE OWE SUCH A DEFERENCE TO FORMER TIMES AS NOT TO SUPPOSE THAT THEY ACTED WHOLLY WITHOUT CONSIDER- ATION, COURTS CAN ONLY MAINTAIN THEIR AUTHORITY BY CORRECTING THEIR ERRORS TO ACCORD WITH JUSTICE.

## IN CLOSING

WHEN AN ATTORNEYS CONDUCT BREACHES THE FIDUCIARY OBLIGATIONS TO HIS/HER CLIENT, RELIEF MAY ALSO BE PROVIDED IN AN ACTION FOR CONSTRUCTIVE FRAUD. IN HARRIS V. WOOD, 64 F.3d. 1432 (9TH CIR. 1995), THE COURT GIVES FURTHER ANAL-

p-7

CT III

YSIS TO THE OLD CASE IN HARRIS, THE COURT GRANTED THE PETITION FOR A WRIT OF HABEAS CORPUS. HARRIS'S DEFENSE COUNSEL'S MANY DEFICIENCIES CUMULATIVELY PREJUDICED THE DEFENSE, DEFICIENT PERFORMANCE. CUMULATIVE PREJUDICE, THE ANALYSIS A COURT MUST CONSIDER IN AN I.A.C. CLAIM IS FOR PURPOSES OF INEFFECTIVE ASSISTANCE OF COUNSEL CLAIMS, DEFENSE MAY BE PREJUDICED AS A RESULT OF CUMULATIVE IMPACT OF MULTIPLE DEFICIENCIES IN DEFENSE COUNSEL'S PERFORMANCE. COOPER V. FITZHARRIS, 586 F.2d 1325 (9TH CIR. 1978) (EN-BANC).

IN HARRIS, SEE: MAK, 970. F.2d. @ 622, - WE DO-NOT NEED TO DECIDE WHETHER THESE DEFICIENCIES ALONE MEET THE PREJUDICE STANDARD BECAUSE OTHER SIGNIFICANT ERRORS OCCURRED THAT CONSIDERED CUMULATIVELY COMPEL AFFIRMANCE. / IN HARRIS, THE COURT DID-NOT RULE OUT THAT SOME DEFICIENCIES WERE INDIVIDUALLY PREJUDICIAL.

THE COURT ESTABLISHED ELEMENTS THAT MUST BE MET IN CUYLER V. SULLIVAN, 446 U.S. 335 (1980) SUPRA THE U.S. SUPREME COURT

P-8

CT III

RULED THAT, A DEFENDANT CAN DEMONSTRATE
A SIXTH AMENDMENT VIOLATION BY SHOW-
ING, 1.) THE DEFENSE COUNSEL WAS ACTIV-
ELY REPRESENTING CONFLICTS OF INTEREST,
AND 2.) THE CONFLICT HAD AN ADVERSE
EFFECT ON SPECIFIC INSTANCES ON COUNSEL'S
PERFORMANCE. Cf. U.S. v. DITOMMASO,
817 F.2d. 201 (2ND CIR. 1987); / U.S. v.
MASCONY, 927 F.2d 742 (3RD CIR. 1990).

    WHEREFORE, WE ASK THE COURT TO REC-
OGNIZE THE REVELANT PRECEDENT, "INEFFECTIVE
ASSISTANCE OF COUNSEL". DEFICIENT PERFORMANCE.
LED TO BELIEVE THAT, ATY. JAIME HANDMARCK
WAS SET AS A TOOL TO DECEIVE THE COURTS, REP-
RESENTING CONFLICTS OF INTEREST. / IN THESE
FINDINGS WE PRAY THAT THE APPELLANT
COURT, SEE NO OTHER GROUNDS, BUT TO RULE
IN FAVOR OF THE PLAINTIFF, (IN THIS MATER).
TO AVOID ANY FURTHER MISERY & DISCOMFORT
IN THESE PROCEEDINGS.

P-9

*EXHIBIT*
*CA-1*

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
04/15/2009 8:00 AM

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

CR2008-145231-001 DT                              04/14/2009
CR2009-106672-001 DT


HON. SALLY S. DUNCAN                    CLERK OF THE COURT
                                              M. Cabral
                                               Deputy


STATE OF ARIZONA                        REBECCA NICOLE KENNELLY

v.

LARRY MOORE (001)                       JAIME C HINDMARCH
DOB: 12/11/1955
Booking No.: P505203                    CORRECTIONAL HEALTH SERVICES
                                        COURT FORENSIC SERVICES UNIT
                                        VICTIM SERVICES DIV-CA-CCC

*"Scam"*
*Improper Court Proceedings*

RULE 11 ORDER GRANTING FULL RULE 11 EVALUATION

*If matter is defect of form,*

8:46 a.m.  This is the time set for oral argument on Defendant's Pro Per Petition for Writ of Habeas Corpus.

*Not on the Same Day*

State's Attorney:          Rebecca Kennelly
Defendant's Attorney:      Jaime Hindmarch
Defendant:                 Present
Court Reporter:            Scott Kindle

Defense counsel presents to the Court a Motion for Full Rule 11 Evaluation.

*Conspiracy*

IT IS ORDERED transferring this case to the Rule 11 Commissioner's Court for all further proceedings relating to Defendant's competency.

IT IS FURTHER ORDERED vacating oral argument set on this date.

*EXHIBIT*

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

| | |
|---|---|
| Larry L. Moore, | Court of Appeals<br>Docket No. _____ |
| Plaintiff/Appellant, | Docket Number(s) of Court of Appeals |
| vs. | Companion and/or Cross Appeals:<br>_____ |
| Jaime Hindmarch, et al., | District Court |
| Defendants/Appellees, | Docket No. CIV 09-1461 PHX-GMS(JRI) |
| | Date Transcript(s) Filed:  **NONE** |

### CERTIFICATE OF RECORD

This certificate is submitted in conformance with Circuit Rule 11-2 of the Local Rules of the U. S. Court of Appeals for the Ninth Circuit. The record on appeal, consisting of the trial transcript (if any) and the trial court clerk's record, is ready for the purposes of the appeal. This record is available in the office of the U.S. District Clerk identified below.

The documents comprising the trial court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedure. These document numbers are reflected on the U. S. District Court docket sheet and should be used for reference purposes in the briefs.

Richard H. Weare
District Court Executive/Clerk of Court
District of Arizona, Phoenix Division

By: ____s/ Linda S. Patton_____
Deputy Clerk

Date: ____September 27, 2010_____

*10*

*Count, III*    *EXHIBIT*

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

**FILED**

SEP 27 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LARRY L. MOORE,

        Plaintiff - Appellant,

  v.

JAIME HINDMARCH, Lawyer
(Attorney) at 1421 E Thomas Rd Phx AZ
85014; SALLY DUNCAN, Judge at
Superior Court at 201 West Jefferson;
STATE OF ARIZONA, Superior Court,

        Defendants - Appellees.

No. 10-17143

D.C. No. 2:09-cv-01461-GMS-JRI
U.S. District Court for Arizona,
Phoenix

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

**Mon., December 27, 2010**   Appellant's opening brief and excerpts of record shall
be served and filed pursuant to FRAP 32 and 9th Cir.
R. 32-1.

**The optional appellant's reply brief shall be filed and served within fourteen
days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R.
32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in
automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

*11*

*Court File*                 *EXHIBIT*                    **FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

OCT 13 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LARRY L. MOORE, | No. 10-17143 |
| Plaintiff - Appellant, | D.C. No. 2:09-cv-01461-GMS |
| | District of Arizona, |
| v. | Phoenix |
| JAIME HINDMARCH, Lawyer (Attorney) at 1421 E Thomas Rd Phx AZ 85014; et al., | ORDER |
| Defendants - Appellees. | |

Before: O'SCANNLAIN, TROTT and W. FLETCHER, Circuit Judges.

    A review of the record demonstrates that this court lacks jurisdiction over this appeal because the September 16, 2010 notice of appeal was not filed or delivered to prison officials within 30 days after the district court's judgment entered on January 7, 2010. *See* 28 U.S.C. § 2107(a); *United States v. Sadler,* 480 F.3d 932, 937 (9th Cir. 2007) (requirement of timely notice of appeal is jurisdictional).  Consequently, this appeal is dismissed for lack of jurisdiction.

    To the extent appellant challenges the August 18, 2010 order denying his motion for leave to appeal in forma pauperis, it is moot in light of the dismissal of this appeal.

MF/Pro Se

*12*

COUNT IV

1. STATE THE CONST. OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED:

SECURED AMENDMENT RIGHT(S), FIRST, FOURTH, EIGHTH, FOURTEENTH, AND FIFTEENTH.

2. COUNT IV. ISSUE INVOLVED.

OTHER: CRIMINAL INTENT. - JUDICIAL MISCONDUCT / MIS-BEHAVIOR.

3. SUPPORTING FACTS.

SEE: ~~~~~~~~~~~~

PAGES 1 THRU 10

4. INJURY. REPUTATION, BUSINESS, & PERSONAL DEFAMATION. CAUSED THE SEPERATION OF FAMILY, & CHILDREN. / FORCED MY CHILDREN INTO C.P.S. SYSTEM / USING "COLOR OF LAW." KIDNAPPING DONE BY STATUTE(S) NOT BY FACT. / UN-LAWFUL DETENTION. / FALSE, & ILLEGAL ARREST.

5. ADMINISTRATIVE REMEDIES.

DOES NOT APPLY.

6

COUNT IV (A SCAM)

DEFENDANT #8

Now Comes, the Acting Attorney (Corwin #8. Townsend), chosen to execute "Sheer Hypocrisy," Violation "Rules of Professional Conduct."

The Attorney (Corwin Townsend) Ignored any evidence showing that the Defendant might-not be guilty, failing to conduct any form of a Interview with the Defendant (Larry Moore). Furthermore, Mr. Townsend stated, "He Refuse to support these matters before a Jury in trial. The attorney also failed to support or file motion to the Court to modify re-lease conditions.

After altering (Falsifying) my (the Defendants) application to pre-trial Services / Refused to return a Copy or my Request for my Original application, for Record. The attorney failed to and Lie(d) about filing a motion to "Seperate Court Cases," after the Court has Granted the Permission, to do so.

After Receiving Notice from the Probation Dept., Requesting probation in Both Cases (in all matters), Attorney Townsend Refused to Ack-nowledge or File to Accept and present the Recommendation(s) to the Court.

Wherefore, in the Finding Actions of the Local State Agencies, officials, Institu-

(1)

CT IV

TIONS, AGENTS AND THEIR ADMINISTRATION, HAVE
BEEN DECLARED UNCONSTITUTIONAL TO INAPPROPRIATE
ACTIONS AND MISCONDUCT. I SEEK NO FURTHER
DEBATE RESOLUTION BY THE STATE OF ARIZONA,
BUT TO ASK THE PERMISSION OF THE PRESIDING
CHIEF JUDGE IN THE (5E) HIGH COURTS, TO MAKE
THE REQUEST FOR REVIEW AND OR INVESTIGATE THE
INJUSTICE DONE IN AND BY THESE INSTITUTIONS
OF MARICOPA COUNTY. WE ALSO ASK, THIS TO BE
DONE IN AND BY THE DISTRICT OF COLUMBIA,
AND GRANT THE REQUESTED RELIEF (COMPENSATION)
IN EACH FILED CASE.

   THIS HAS BEEN DIFFICULT TO "ACCEPT
AS TRUE."
   "I HAVE A DIVINE ANIMAL RIGHT' TO
PROTECT MY LIFE AND THE LIFE OF MY OFFSPRING."

PRAY, THAT I CONTINUE' TO USE THE LADDER.

②

CT IV

1)

2)

3) SUPPORT FACTS:

IT HAS BEEN EXACTLY EIGHT (8) MONTHS SINCE OF MY INCARSERATION IN JAIL. IT HAS BEEN APPX. SEVEN (7) MONTHS IN MY ATTEMPT TO MODIFY MY RELEASE UNDER CONDITIONS. DOES IT NOT TAKE OVER SEVEN (7) MONTHS EVEN TO BE RELEASED TO PRE-TRIAL SERVICES, IN THE ATTEMPT TO TAKE YOUR CASE TO TRIAL? WITHOUT CRUEL AND UNUSUAL PUN-ISHMENT?

FIRST I WOULD LIKE TO SAY THANK YOU TO AN ATTORNEY BY THE NAME OF "MS. JESSECA ZERTUCHE." SEE EXHIBITS (AA-1 AND EXHIBIT AA-2) THE MORNING I SPOKE WITH HER, "SHE" ASK ME TO EXPLAIN, WHAT HAPPEN. SO I SPOKE IN GOOD FAITH, ABOUT THE ARRESTING OFFICER, MY BUSINESS AND THE ATTEMPT TO AID ONE (1) FAMILY. SHE ASK ABOUT THE AFFILIATION WITH "METH" (DRUG), I TOLD HER "I DID NOT HAVE ONE, THAT DRUG IS ASSOCIATED WITH THE "CAUCASIAN POPULATION." WHAT ABOUT THE CHECK? SHE ASKED, I TOLD HER THE CHECK WAS

(1)➡(3)

CT IV

GIVEN TO ME, TO HELP A FAMILY. THE CHECK WAS MADE OUT TO MY BUSINESS ("VETERAN RAGGTIME PROGRAM") I HAVE A HELP PROGRAM. WE SPOKE FURTHER, SHE STATED "YOU CAN BEAT THIS." BUT I WILL NOT BE AROUND TO SUPPORT YOUR CASE, I AM A INTERN @ A.S.U.

"WHEREVER" MS ZERTUCHE IS, SHE HAS MY "BLESSINGS."

IN THIS PAST WEEK (LAST MONTH), I RECEIVED WORD CORWIN TOWNSEND IS A LACKEY (REMENYED AS A) FOR THE "PROSECUTORS OFFICE." AS JAIME HENDMARCH WAS ALSO A LACKEY FOR THE PROSECUTOR(S) OFFICE. I HAVE JUST RECEIVED MY COMPLAINT FORM, FROM THE STATE BAR OF ARIZONA, INFORMATION ABOUT "FILING A CHARGE AGAINST A LAWYER."

THE FACTS IN THIS CLAIM, IS IN MY FIRST MEETING WITH THE ATTORNEY (CORWIN TOWNSEND) MY COMPLAINT(S) AND MY REQUEST TO HIM WAS, WRONGFUL AND PROLONGED DETENTION AND IMPRISONMENT. I TOLD HIM, THE COURT(S) HAS FAILED ME OF MY ARIZONA AND U.S. CONSTITUTIONAL RIGHTS, OVER TIME LIMITS TO "SPEEDY TRIAL" IN RULE (8). I AM IN CUSTODY, THEREFORE ITS (50) DAY FROM ARRAIGNMENT. DENIED THE WRIT OF HABEAS CORPUS, IMPROPER COURT PROCEEDINGS, OVER TIME LIMITS WITHOUT GOOD CAUSE, ☐ NEGLEGENCE DISCRIMINATION AND FALSE REPORTS BY ARRESTING OFFICER. I SAID TO HIM, "MATHEW LEATHERS (COVERAGE LAWYER) STATED, AND YOUR ASSISTANT IN YOUR

4

# CT IV

OFFICE SAID, "YOU DO HAVE THE MESSAGES AND THAT YOU WILL BE GETTING WITH ME SOON." MATHEW LEATHER TOLD ME, THAT HE WOULD SUGGEST TO MR TOWNSEND TO COME TO "SEE ME AT THE JAIL." I SAID, OK, "THANK YOU." TODAY IS SEPTEMBER 25, 2009 I HAVE NOT SEEN MR. TOWNSEND EXCEPT (2) OTHER TIMES IN COURT ROOM.

I ASK THE COURT, HOW DO YOU SUCCESSFULLY REPRESENT ANYONE. IT IS IMPOSSIBLE WITHOUT FIRST CONDUCTING AN INTERVIEW WITH THE CLIENT.

I HAVE JUST FINISHED A VIDEO CONFERENCE WITH JAN FROM THE PROBATION DEPARTMENT, AT THE END OF OUR VISIT SHE SPOKE OF WHAT THE STATE PROSECUTOR WAS TRYING TO RECOMMEND. SHE SPOKE OF A PRESUMTIVE OF 2.5 YEARS, I TOLD HER I KNOW OF NO SUCH THING AND I DON'T CONCUR. I TOLD HER THE ATTORNEY (CORWIN TOWNSEND) TOLD ME 1 YEAR TO 1.5 YEAR WITH 3 MONTH EARLY KICK-OUT. SHE STATED, THAT I SHOULD REQUEST A MITIGATED HEARING, AFTER THINKING IN HOW THIS ATTORNEY HAS REPEATINTE (4) LIED TO ME, I WITHDRAW AND OR "REVOKE" MY PLEA AND REJECT ANY FURTHER COMMUNICATION WITH THIS "SO-CALLED" ATTORNEY. I WILL MAKE THE SAME COMMENTS TO THE "STATE BAR." - WITH FURTHER COUNSEL, I WILL REQUEST THAT THE RECORD REFLECT THIS MATTER TO GO BEFORE A MORE REPUTABLE JUDGE OR COMMISSIONER.

(4)

# CT IV

RULE (8)

UNDER: COMMUNICATION ER 1.4.

(a) A LAWYER SHALL:

(1) PROMPTLY INFORM THE CLIENT OF ANY DECISION OR CIRCUMSTANCE, WITH RESPECT TO WHICH THE CLIENT'S INFORMED CONSENT, IS REQUIRED BY THESE RULES; IN ER 1.0 (e)

(b) A LAWYER SHALL EXPLAIN A MATTER TO THE EXTENT REASONABLY NECESSARY TO PERMIT THE CLIENT TO MAKE INFORMED DECISIONS REGARDING THE REPRESENTATION.

ON AUGUST 31, 2009-IN A BRIEF SESSION WITH ATTORNEY TOWNSEND, IN THE COURT I TOLD HIM I HAVE A VERY GOOD CHANCE OF HAVING MY CASE THROWN OUT OR DISMISSED, BY ATTACKING THE REPORT OF THE ARRESTING OFFICER. I SAID, "RON DiBRIDGA" (ATTORNEY) IS MAY WITNESS." WHILE I WAS SPEAKING TO MR. TOWNSEND, I TRYED HANDING OVER MINUTE ENTRIES TO SUPPORT WHAT I WAS SAYING, SEE EXHIBITS (ATTACHED) EX. 1A.1, EX. ABC, EX. ABC-1, EX. AB-3, EX. BB.1, EX. BB.2, EX. BB3, EX. BB3A, EX. BB3B, EX. BB.4, EX. CA-1, EX. CA-2, EX. C-5 EX. C-7, EX. C-6, EX. CC-1, EX. HH2 AND H.4. LET THE RECORD REFLECT CORWEN TOWNSEND REFUSED TO LOOK AT OR REVIEW THOSE DOCUMENTS (MINUTE ENTREES) THE FACT OF THE MATTER IS, ATTORNEY (CORWEN TOWNSEND) NEVER INTENDED TO SUPPORT

⑤

CT IV

OR THE DEFENDANT (LARRY L. MOORE) AND NEVER GAVE THOUGHT TO HE'S "INNOCENSE." IN THE EXHIBIT (AB-2) IT STATED, THAT THE REQUEST MADE BY MR. MOORE WAS DENIED BY THE COURT, AND ALSO DENIED BY THE OFFICE OF (CORWIN TOWNSEND). IN THOSE TRANSCRIPT ARE "CRUCIAL EVIDENCE" STATUTE VIOLATIONS.

"LET THE RECORD REFLECT" CORWIN TOWNSEND (ATTORNEY) HAS "LIED" REPEATIATLY, "HE CONFESSED IN NEVER FILING A MOTION TO SEPERATE CHARGES, THE ATTEMPT FOR MY RELEASE TO PRE TRIAL SERVICES (NO RESPONSE IN THAT TO ME), HE FORGED MY APPLICATION TO PRETRIAL SERVICES, HE REFUSED TO SUPPORT AND OR SUPPORT MY TRIAL CASE, HE LIED TO ME, IN AND AT THE TIME TO FORCE ME INTO SIGNING A PLEA.

"LET THE RECORD REFLECT" THE CORRUPTION AND THE INJUSTICE IN THIS "FALSE REPRESENTATION," SHOWING SUSPICIOUS ACTIVITY BY CORWIN TOWNSEND. "WE CHARGE CORWIN TOWNSEND FOR THE INAPPROPRIATE ACTION(S), AND BREAKING ALL CODE(S) IN THE RULES OF "PROFESSIONAL CONDUCT," AND AED THE PROSECUTING ATTORNEY IN DECEIVING LARRY L. MOORE INTO PRISON.

"DON'T TAKE YOUR CASE TO A CRIMINAL" TAKE THE CRIMINAL TO COURT.!

6

CT IV

4) INJURY. PROLONG MY DETENTION AND INCARSERATION, FROM MY FAMILY AND CHILDREN, DENIED REPRESENTING ME IN TRIAL, REPEAT LIE, TO DECIEVE ME. SUPPORT TO THE AID OF CRUEL AND UNUSUAL PUNISHMENTS, MY CONSTITUTIONAL RIGHTS.

5.) (a) YES

(b) YES

(c) AS I SPEAK

(d) SEE: (EXHIBITS H-4) AND (EXHIBITS A8-1) ATTACHED.



*EXHIBIT* -
*COUNT IV* **I.L.S.**
**MAILED**

SEP 2 8 2009

Larry L. Moore
3127 W. Gibson Ln
PHX, Az 85009

TO: Corwin Townsend P.C.
@ 649 N. 4th Ave.
PHX, Az 85003

Applies To:

Motion To:

Withdraw Plea.

Respectfully Submitted This 25th Day
of September, 2009.

⑧

# COUNT IV

Larry L. Moore
3127 W Gibson Ln
PHX, AZ 85009

## IN SUPERIOR COURT IN ARIZONA
## OF MARICOPA COUNTY

| | |
|---|---|
| STATE OF ARIZONA, PLAINTIFF, | CASE # CR 2008-145-231-001-DT |
| V. | CASE# CR 2009-106672-001-DT |
| LARRY L. MOORE, DEFENDANT. | MOTION TO: WITHDRAW PLEA. |

THE DEFENDANT (LARRY L. MOORE) IN A PRO PER PETITION, THROUGH ATTORNEY (CARMEN TOWNSEND) WHO IS PRESENTLY ACTING COUNSEL. AFTER AN INTERVIEW WITH "JAN" FROM THE PROBATION DEPT., ON FRIDAY (SEPTEMBER 25, 2009) THROUGH "VIDEO CONFERENCE." SHE (JAN) STATED THAT I SIGNED TO THE PRESUMPTIVE OF 2.5 YEARS IN PRISON, THAT WAS THE FIRST (1ST) TIME THAT WAS SAID TO ME, THAT I REMEMBER. I TOLD "JAN" MY UNDERSTANDING WAS 1YR TO 1.5 YR @. THAT IS WHAT MY LAWYER TOLD ME. I TOLD HER, "I DID NOT WANT THAT PLEA THE (3) THREE OTHERS TIMES

(9)

# COUNT IV

THE STATE OFFERED, AND I'M TELLING THE COURT(S) "NOW." THAT IS "NOT" WHAT WAS SPOKEN TO ME, NOW MAYBE. BECAUSE THAT DAY OR MORNING, THE JAIL(S) KEEP YOU UP "ALL NIGHT" TILL MORNING UNTIL YOUR COURT TIME, MAJORITY OF TIME INMATES ARE "MENTALLY DRAINED." BECAUSE OF THE MEDICATION I TAKE, AS I TOLD THE COURT WHEN COMMISSIONER HOFFMAN ASK ME, "I TOLD HER I TAKE MEDICATION, IT MADE ME "MENTALLY LETHARGIC." FOR THAT REASON I IN NO WAY, MAY I ACCEPT THIS PLEA.

WHEREFORE, I ASK THE HONORABLE COMMISSIONER HOFFMAN TO WITHDRAW THAT PLEA, BECAUSE OF MY MEDICAL INTAKE CONDITION, I WAS NOT ABLE TO MAKE A PROFESSIONAL AND GOOD DECISION, AND ASK PERMISSION TO WITHDRAW AN UNHEALTHY DECISION.

C.C. COPY(S)

TO: CLERK OF COURT
SUPERIOR COURT
201 W. JEFFERSON ST.
PHX, AZ 85003
9TH FLOOR /C/O COMM. HOFFMAN

(10)

*EXHIBIT*
*AC-1*
*CT IV*

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2009-106672-001 DT                                    02/11/2009

1. The defense attorney shall conduct a conflicts check within the office to determine whether a conflict exists. If a conflict exists, counsel shall staff the conflict with the appropriate supervisor, and counsel shall file the appropriate Motion to Withdraw so new counsel can appear at the Initial Pretrial Conference.

2. Motions to Modify Release Conditions shall be heard at the Initial Pretrial Conference. Motions shall be filed with the assigned Commissioner not later than 10 days prior to the Initial Pretrial Conference.

3. If a plea agreement is extended by the State, the State shall extend the plea not later than 10 days before the Initial Pretrial Conference. Defense Counsel shall make reasonable efforts to present the plea to in custody defendants before the Initial Pretrial Conference.

4. Motion for Rule 11 Evaluations shall be heard at the Initial Pretrial Conference. Motions shall be filed with the assigned Commissioner not less than 10 days before the Initial Pretrial Conference.

5. Defense Counsel shall prepare and file a List of Specific Items of Discovery required under Rule 15.1 (b), but which were not disclosed. See Rule 15.2(e). Such list shall be filed with the assigned Commissioner not less than 5 days before the Initial Pretrial Conference.

ANY MOTION TO MODIFY RELEASE CONDITIONS, OR RULE 11 MOTIONS NOT FILED BEFORE THE INITIAL PRETRIAL CONFERENCE WILL BE HEARD AT THE COMPREHENSIVE PRETRIAL CONFERENCE BEFORE THE ASSIGNED TRIAL JUDGE. ALL MOTIONS SHALL BE IN WRITING WITH SPECIFIC FACTS TO SUPPORT THE MOTIONS.

This case is assigned to Judge Sally Duncan.

IT IS FURTHER ORDERED setting Initial Pretrial Conference for March 27, 2009 at 8:15 AM before Commissioner Miller.

IT IS ORDERED that the Defendant shall contact and meet with his/her attorney in person no later than three weeks from this date, for the purpose of preparing for the Initial Pretrial Conference.

NOTICE TO DEFENDANTS:

*EXHIBIT*
*XX 12.*

*COUNT IV*

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

CR2008-145231-001 DT
CR2009-106672-001 DT

03/27/2009

Based upon the avowals made to the Court by the parties, the Court finds/orders as follows:

The Court finds that the State did comply with Rule 15.1(a) as previously ordered by the Court.

The State has complied with all discovery.

IT IS ORDERED the Public Defender's Office turn over all discovery received in both matters to Ms. Jaime Hindmarch by 04/03/20009.

The Defense has complied with all discovery under Rule 15.2(b).

IT IS FURTHER ORDERED that the State and the Defendant shall comply with Rule 15.1(e) and Rule 15.2(e) within 25 days of the IPTC.

Any request to extend the deadline set this date must be done pursuant to Rule 15.6(d). Failure to request an extension may result in the preclusion of the evidence.

IT IS ORDERED directing counsel to set up and participate in a settlement conference prior to the plea cut off date or the comprehensive pretrial conference, whichever is the earliest date. For all master calendar cases, the settlement conference shall be scheduled in this division or a judicial officer outside the master calendar pilot program and it is required to be conducted prior to the Comprehensive Pretrial Conference.

IT IS FURTHER ORDERED that pursuant to Rule 17.4(a) that counsel with authority to settle the case shall participate in a good faith discussion with the settlement court regarding a non-jury or no-trial resolution which conforms to the interests of justice.

IT IS FURTHER ORDERED that counsel for Defendant shall conduct a conflicts check for all witnesses listed by the State, and if necessary counsel for Defendant shall file a Motion to Withdraw.

IT IS ORDERED setting a Settlement Conference on 04/29/2009 at 2:00 p.m. before this division.

IT IS ORDERED setting a Comprehensive Pretrial Conference for 4/29/2009 at 8:30 a.m. before Judge Duncan, at which time trial dates will be set.

Docket Code 194                    Form R194-MC                    Page 2

*EXHIBIT*
*XX-13.*

*Count IV*

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CR2008-145231-001 DT
CR2009-106672-001 DT

04/14/2009

IT IS FURTHER ORDERED vacating Comprehensive Pretrial Conference and Settlement Conference set on April 29, 2009.

All time pursuant to Rule 8.4, Rules of Criminal Procedure, shall be excluded by the Judge/Judge Pro Tem at the time the Defendant's competency is determined.

CURRENT LAST DAY:    08/09/2009 in CR2008-145231-001DT
CURRENT LAST DAY:    07/11/2009 in CR2009-106672-001DT

With respect to Defendant's Pro Per Writ for Habeas Corpus,

IT IS ORDERED dismissing the Writ of Habeas Corpus without prejudice.

8:51 a.m. Matter concludes.

*EXHIBIT*

*F-2*

**The Law Office of**
**CORWIN A. TOWNSEND, P.C.**
*A Professional Corporation*
*649 North Fourth Avenue*
*Phoenix, Arizona 85003*
*Phone (602) 294-0499*
*Fax (602) 294-9289*

*Count IV*

August 6, 2009

*The Attorney In Fact*
*Lied About /Submitting This*
*Request, also In Fact Changed*
*My Statements on My Applcn*
*To Pretrial Serv. /~*
** (Altered my Applctn)*

Mr. Larry Moore
Booking No. P505203
Durango Jail Facility
3225 W. Gibson Lane
Phoenix, Arizona 85009

Re:    **State v. Larry Moore**
       **CR 2009-106672-001DT**
       **CR 2008-145231-001DT**

*"A Scam"*

Dear Mr. Moore:

Per your request, I have enclosed a Pretrial Services Agency form. Please completely fill-out this form and return to our office with the self addressed envelope provided. Once we have received this form back from you, we will file a release motion on your behalf.

If you have any questions, please do not hesitate to contact me at (602) 294-0499.

Sincerely,

CORWIN A. TOWNSEND
LAW OFFICE OF CORWIN A. TOWNSEND

CAT/do

Enc.

*EXHIBIT*
*BAB-1*

*Count IV*

Michael K. Jeanes, Clerk of Court
*** Electronically Filed ***
03/27/2009 8:00 AM

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

CR2008-145231-001 DT                                    03/20/2009

COMMISSIONER PHEMONIA L. MILLER

CLERK OF THE COURT
L. Stroud
Deputy

STATE OF ARIZONA                          REBECCA NICOLE KENNELLY

v.

LARRY MOORE (001)                         STEPHEN LEE CRAWFORD

LEGAL ADVOCATE'S OFFICE
PUBLIC DEFENDER - CCC
VICTIM SERVICES DIV-CA-CCC

CONTINUANCE

8:46 a.m.

Courtroom CCB-802

State's Attorney:          Kaitlin Verdura for Rebecca Kennelly
Defendant's Attorney:      Stephen Crawford
Defendant:                 Present

A record of the proceedings is made by audio and/or videotape in lieu of a court reporter.

The Court is in receipt of Defendant's Motion for New Counsel, Defendant's Motion to Modify Release Conditions, and the State's Response to Defendant's Motion to Modify Release Conditions.

Discussion is held.

Docket Code 176                  Form R176A                    Page 1

COUNT V

1. STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL
RIGHT THAT WAS VIOLATED:

FIRST AMENDMENT RIGHT(S),
FOURTH, FOURTEENTH, FIFTEENTH / DEPRIVATION & SECURED RIGHTS.

2. COUNT V.  ISSUE INVOLVED.
OTHER:  CRIMINAL MISCONDUCT / CRIMINAL INTENT.
* NOTE: "FOR (4½) YEARS PLUS (2) YEARS / THE COURT HAS
IGNORED AND OR HAS PLAYED ALONG WITH THIS SCHEME "

3. SUPPORTING FACTS.
SEE:  ~~PAGES~~
PAGES 1 THRU 13

4. INJURY. CAUSED INTERRUPTION, TO MY ENTIRE
FAMILY, MY VETERANS HELP PROGRAM, TO THE COURT
SYSTEM, IN A BOGUS, / FRAUDULENT PLOT, & STILL THE EFFECT
REMAIN. / UNCOUNTABLE NUMBER OF INJURIES, & DAMAGES.
FORCED INCARCERATION (UNLAWFUL) / FALSE ARREST.

5. ADMINISTRATIVE REMEDIES.

DOES NOT APPLY.

* ONE OF THE "PRIMARY" REASONS, A REQUEST WAS
MADE TO ASSIGN A GRAND JURY / IN THIS "CORRUPT ACT."
"CON GAME"

7

CONTINUED, "MAJOR SCAM"

COUNT ~~X~~ V

DEFENDANT #9

THEFT OF MEANS. THE COURT DID NOT APPROACH OR MAKE A CLEAR JUDGMENT OR RULING ON THE LEGITIMACY OR EVIDENCE PRESENTED TO THE COURT. (BELOW ✱)

✱    ONE AFTERNOON I WAS APPROACHED BY TWO UNIFORMED PHOENIX POLICE OFFICERS @ THE RESIDENT OF MY CHILDREN'S MOTHER, (WHO WAS BABY-SITTING MY ③ CHILDREN), WHO CONFRONTED ME WITH THE QUESTION, "WHO DOES THE CAR OUT-FRONT BELONG-TO?" (REFERRING TO THE CAR I WAS DRIVING), I SAID, "A GUY NAMED BOB." / THE ONE OFFICER SAID, "HE'S AROUND THE CORNER AND HE WOULD LIKE TO TAKE POSESSION OF THE VEHICLE". / I TURNED OVER THE KEYS TO THE CAR TO THE ONE OFFICER (S), THE OTHER OFFICER ASKED, "IS THERE ANYTHING INSIDE THE CAR YOU NEED TO REMOVE"? — AS I WAS REMOVING A FEW OF MY PERSONAL BELONGINGS, I TOLD THE OFFICERS THAT I HAD A "PERSONAL LEASE AGREEMENT" WITH BOB, BECAUSE REPAIRS WAS BEING MADE ON MY CAR. (THE ISSUE BOB HAD WAS, HE WANTED THE CAR RETURNED ON WEDNESDAY, WE AGREED THE RETURN WOULD BE THAT SATURDAY).

✱    BEFORE THE OFFICERS ALLOWED "BOB" TO TAKE POSESSION OF THE VEHICLE, IT WAS CONFIRMED, / THE CAR DID-NOT BELONG TO HIM, THE CAR WAS-NOT REGISTERED (TO HIM). THE CAR DID-NOT TITLE HIS NAME. THERE WAS NO INSURANCE ON THE CAR, BOB

KEY TO SCENARIO

(P. 9)                    ①

CONTINUED,

## COUNT V

POINT IN THIS SCAM

HAD NO VALID DRIVERS LICENSE. THE LICENSE PLATES ON THE CAR WERE REMOVED BY ONE-OF THE OFFICERS, IN THAT THEY WERE FAKE (ILLEGAL). BOB WAS NOT PERMITTED TO TAKE POSSESSION OF THE VEHICLE, THE CAR WAS LEFT BY THE SIDE OF THE ROAD.

A FEW WEEKS LATER, I RECEIVED CALLS FROM A DETECTIVE, ASKING ME TO COMMENT (MAKE) ON A COM-PLAINT CHARGE ABOUT THE CAR.

IT WAS LATER LEARNED TO BE PART OF A SCAN-DAL, CHARGES WERE BROUGHT-UP AGAINST ME, THE DEFENDANT, (AS THE PLAINTIFF IN THIS CASE). ALLEGATION (S) TO THE THEFT OF MEANS (TRANS-PORTATION), PRESENTED BY A DETECTIVE. A "UNKNOWN FILED COMPLAINT." / NO CITATIONS WERE ISSUED OR BROUGHT-UP AGAINST ME, NO MAILED NOTIFICAT-ION (S). NO ARREST WERE MADE OR REPORTS BY THE POLICE OFFICERS. - SOMEHOW THE COURT RECEIVED A COMPLAINT FROM A DETECTIVE. / WHAT WAS THE DETECTIVE'S ROLE IN THIS CASE?

✳ IN SUPERIOR COURT, - COURTROOM INVOLVING THE UNKNOWN VEHICLE COMPLAINT. AT THE TIME THE PRESIDING JUDGE STATED, "THERE IS ENOUGH EVIDENCE (i.e., TO CHARGE ME, THE DEFENDANT WITH THEFT OF MEANS), AND PROBABLE CAUSE. WHEN IN FACT

(P-10)                    ②

Continued:

# CT V

There was no evidence, there was no crime (s) committed. / The Judge Imposed a ($2000) Two-thousand Dollar Bond in the alleged Bogus charge. (There is Cause for Judicial Misconduct/Misbehavior.)

I contacted the office of "Phillips and Associates" (i.e., made-up of a Group of Contracted attorneys). Alan Hocke Attorney is his attempt to represent, & request a retainer from me, contacted my friend and financial supporter: Ruth Colvin. She told me that Alan Hocke (atty) came by her estate looked around her property, requested her "credit card" and with-drew ($2000) Twelve thousand dollars from her card as a retainer for me. / I never made the request or permission to attempt to extract monies from my friend involving this Bogus charge. I apologized to Mrs. Colvin for the misbehavior of this lawyer, I contacted the firm associated with Alan Hocke, I said, "I wish no further dealing (s) with this firm, furthermore, I will get with Mrs. Colvin and file criminal and fraud charges against attorney Alan Hocke and the firm.

Apx. (2) weeks later, Mrs. Colvin said that the bank notified her, the monies that "attorney A. Hocke" extracted out of her account, (without

(P-11)                    ③

CONTINUED,

## CT V

HER PERMISSION) WAS CREDITTED BACK TO HER ACCOUNT, (i.e., CREDIT CARD).

QUESTION; COULD I TAKE OR REMOVE ($12000) DOLLARS OUT OF YOUR ACCOUNT (i.e., BANK, CHECKING, SAVINGS, OR CREDIT CARD), WITHOUT YOUR PERMISSION, CONSENT, OR AUTHORIZATION, — TURN AROUND AND RETURN-IT LATER, "WITHOUT IT BEING A CRIME"? — / IT WAS ONLY AFTER I STATED TO THE FIRM, TO FILE AGAINST THE MISCONDUCT AND UNLAWFUL ACT(S) OF MR. HOCKE'S SCHEME, HE RETURNED THE MONEY. / COULD I DO THAT AND GET AWAY WITH-IT?....."I ASK," / THAT TYPE OF ACTIVITY NEEDS TO BE MADE FOR PUBLIC AWARENESS (ON PUBLIC RECORD)

AT MY NEXT COURT APPEARANCE REGARDING 'BOB' AND A UNKNOWN DETECTIVE IN THIS CASE. / ALAN HOCKE (ATTY) APPEARED AND STATED TO THE COURT THAT HE HAS FILED MOTION TO "WITHDRAW AS COUNSEL." NOW THE SAME PRESIDING JUDGE OVER THIS MATTER, CASE, WHOM STATED THERE WAS ENOUGH EVIDENCE TO CHARGE ME (THE DEFENDANT), REQUESTED I BE TAKEN BACK INTO CUSTODY, AND IMPOSED ANOTHER ($3000) DOLLAR BOND.

WHILE I AM BEING HELD IN THE MARICOPA COUNTY JAIL, THE HIRED ATTORNEY OVER MY CASE, VISITED ME IN COUNTY JAIL AND SAID, QUOTE,

(P-12)                    (4)

CONTINUED,

## CT VI

"I NO LONGER WORK FOR YOU, I WORK FOR THE
FAMILY NOW. THE INSTRUCTIONS ARE, FOR YOU
TO HAVE NO FURTHER CONTACT WITH MRS. RUTH COLVIN.
IF YOU DO, WE WILL BE FORCED TO ISSUE A
RESTRAINING ORDER AGAINST YOU." UNQUOTE.
(i.e., IT WAS TOLD, SAID TO ME BY MRS. COLVIN, THAT
"HER NEPHEW IS THROWING A FIT' ABOUT OUR RELATION-
(IS)
SHIP, AND THREATING TO TAKE MY NAME OFF-OF THE
ACCOUNTS AND PUT ME IN A HOME IF I DON'T SETTLE
(STOP)
DOWN AND HELPING YOU (ME)").

⚹       REMEMBER THERE WAS NO GROUNDS IN THIS COMP-
LAINT, THERE WAS NO EVIDENCE. NO OWNER REGISTER-
ED TO THE CAR, IN FACT, ENDANGERED THE LIFE OF ME
AND MY CHILDREN. /   "WHAT WAS THERE TO FIGHT
AGAINST"? — IT IS OUR TRUE OPINIONS, THIS
WAS A VERY BIG PART OF THIS SCANDAL, "PLOT,"
THIS BOGUS COMPLAINT.

⚹ DEFENDANT #10
1.)       THE COURT APPOINTED ATTY. ALFONZO CASTILLO.
(FROM THE PUBLIC DEFENDERS OFFICE), — AT MY NEXT
COURT APPEARANCE @ SUPERIOR COURT (MARICOPA
COUNTY), "HE WAS HAVING CONVERSATION WITH ATTY.
ALAN HOCKE." — I THOUGHT THAT WAS STRANGE.
      WHEN I MET WITH ALFONZO CASTILLO (ATTY),
BRIEFLY, THE FIRST THING(S) OUT OF HIS MOUTH
WAS, "YOU SEEM ANGRY." (TO ME) — I ASKED,

START
of
Minor
Scan

CONTINUED,

CT  V̲

"ABOUT WHAT"? (i.e., I WAS FAMILIAR WITH THAT FORM-OF RACIAL-SLUR). / I ASK Mr. CASTILLO, "ARE YOU FAMILIAR WITH MY CASE"? - HE SAYS, "I WAS LOOKING-IT OVER, AND I THINK I WANT TO FILE MOTION FOR A RULE-11." I ASK, "A RULE 11"? - IS THAT GOOD OR BAD? - HE SAYS, "THAT DEPENDS." - "DEPENDS ON WHAT"? I ASKED. / HE SAYS, "JUST WORK WITH ME." /

WHEN I LEFT THE COURT-ROOM, I PLACED A CALL TO ANOTHER LAWYER. I TOLD HIM WHAT I EXPERIENCED WITH PUBLIC DEFENDER CASTILLO, IN MOTIONING A RULE-11. THE ATTORNEY SAID, "GET-RID OF HIM". - HE SAID, "THAT WAS TOTALLY UNCALLED FOR. (i.e., IN EFFECTIVE ASSISTANCE OF COUNSEL).

\* N O T I C E \*

I HAVE ATTACHED SOME "COPIES OF WRITTEN STATEMENTS" TO BE USED IN MY ORIGINAL "STATE-MENT OF THE CASE". I REQUEST THE "PERMISSION" OF THE U.S. SUPREME COURT TO PERMIT THESE COPIES TO BE PART OF MY "ORIGINAL STATEMENTS", EVENTS AS THEY TOOK PLACE, TO REQUEST A GRAND JURY TO THESE MATTERS.

ALSO ATTACHED, IS (18) WRITTEN PAGES OF SOME-OF THE QUESTIONS I FELT SHOULD BE ASKED BY A GRAND JURY.

(D-14)                    ⑥

CONTINUED.

## CT V

TALKS. —

THE FIRST THING(S) OUT OF HIS MOUTH, WAS "YOU SEEM ANGRY"! — I ASK, "ABOUT WHAT"? (I WAS FAMILIAR WITH THAT FORM OF RACIAL SLUR). I ASK MR. CASTELLO, "ARE YOU FAMILIAR WITH MY CASE? — HE SAYS, "I WAS LOOKING-IT OVER, AND I THINK I WANT TO FILE MOTION IN A RULE-11." I ASK, "A RULE 11? — IS THAT GOOD OR BAD? — HE SAYS, "THAT DEPENDS"! — "DEPENDS ON WHAT"? I ASKED. — HE SAYS, "JUST WORK WITH ME." — / WHEN I LEFT THE COURT ROOM, I PLACED A CALL TO ANOTHER LAWYER, I TOLD HIM WHAT I EXPERIENCED WITH "PUBLIC DEFENDER CASTELLO, IN MOTIONING A RULE-11. THE ATTORNEY SAID, "GET RID OF HIM," HE SAID, THAT WAS ~~JUST~~ TOTALLY UNCALLED FOR, (i.e., INEFFECTIVE ASSISTANCE OF COUNSEL).        DEFENDANT # 11

1)    I IMMEDIATELY CALLED THE PUBLIC DEFENDERS OFFICE, TO REQUEST DIFFERENT COUNSEL. / I WAS APP-OINTED PUBLIC DEFENDER, JENNIFER STEWART. IN MY NEXT COURT APPEARANCE, AGAIN I NOTICED ALAN HOCKE, (ATTY,) — / JENNIFER STEWART ASK THAT I COME BY HER OFFICE FOR INTERVIEW OF THIS MATTER.

WHEN I SAT AND VISITED WITH MS. STEWART, I ASK HER, "IS THERE AN AFFIDAVIT / DECLARATION IN SUPPORT OF THIS (THE) INDICTMENT, TO THESE BOGUS ALL-EGATIONS, AND FALSE CHARGES."? — SHE LOOK @ ME, AS THOUGH I SAID SOMETHING WRONG.! — / SHE STATED,

* DEFENDANT
# 11

(P-15)                    # ⑦

CONTINUED,

# COUNT V

"I'VE SCHEDULED YOU TO SEE DOCTORS FOR EVALUATIONS. (I.E., WHO SEEM TO CONTINUE WITH THE "PLOT"). / I SAW (2) TWO DOCTORS, THEY MADE THEIR REPORT(S) TO THE COURT, THAT I WAS INCOMPETENT.

IN THAT COURT APPEARANCE. (ON THE 7TH FLOOR @ THE SUPERIOR COURT BUILDING) - WHEN I WALKED IN THE COURT ROOM, I WAS ASKED BY THE COMMISSIONER TO SIT WITH THE OTHER ATTORNEYS. (I.E., THIS WAS @ FIRST VIEW OF ME). I STATED, "I AM NOT AN ATTORNEY." / I APPEARED BEFORE COMM. BENJIMAN VATZ. HE GAVE THE DECISIONS BY THE DOCTORS IN THE REPORTS (BY THE (2) DOCTORS I SAW). - I SAID, "WHAT IS THIS, SOME KINDA JOKE"? (I.E., LOOKING AROUND, AND THE APPEARANCE OF THE OTHER DEFENDANTS) - THIS RULE 11 COURT. / - THE JUDGE MADE THE REQUEST FOR ANOTHER DOCTOR'S OPINION. /

I ASK JENNIFER STEWART (ATTY.), "WHAT DOES ALL THIS HAVE TO DO WITH THE CASE, AND THERE IS NO CASE."? - SHE SAYS THIS IS TO SEE IF YOUR COMPETENT TO STAND TRIAL, AND "LAUGHED". - I SAID, "YOU'RE FIRED", AND WALKED AWAY.

WHEN I CALLED THE PUBLIC DEFENDERS OFFICE, (REGARDING THE ACTIONS OF MS. STEWART (ATTY) TO SPEAK WITH THE SUPERVISING MANAGER TO MS. STEWART. I SPOKE WITH "A MALE VOICE", I TOLD HIM, "THERE IS MUCH CONFLICT WITH THIS LAWYER." - / VERY SUDDENLY, HE BECAME VOCAL (I.E., IN A LOUD VOICE)

(P-16)

# COUNT V

SAYING, "THAT'S YOUR SECOND LAWYER WE'VE APP-
OINTED TO YOU, YOU'RE NOT GETTING ANOTHER-ONE"! -
AND HUNG-UP THE PHONE.

IT WAS TIME TO FIND A PERMANENT HOME FOR
MY CHILDREN AND I. - SO I FOUND THIS VERY
NICE, (3) BEDROOM 2½ BATH (3000 SQ FT) - 75TH
AVE JUST NORTH OF NORTHERN, WITH A LEASE, AND
OPTION TO PURCHASE. IT WOULD BE A WEEK BEFORE
WE COULD MOVE IN. - SO WE CHECKED IN @ THE
EXTENDED STAY HOTEL, 27TH AVE & ROSE GARDEN,
(N.E. CORNER) IN PHOENIX, AZ. - I GOT (2) TWO
SUITES (1) ONE FOR MY CHILDREN AND (1) ONE FOR
MYSELF.

MY SON ANGELO WAS GRADUATING SOON FROM
THE "2ND GRADE", I DIDN'T WANT TO PULL HIM-OUT
OF SCHOOL @ THE END OF THE SEMESTER. - EARLY
THE NEXT MORNING, WE (ANGELO AND I) GOT-UP,
AND GOT READY. (MY (2) TWO DAUGHTER WERE STILL
IN BED ASLEEP), BEFORE WE LEFT, I PREPARED
THEIR FOOD AND LAID OUT THEIR CLOTHES, IN-
CASE THEY WOKE BEFORE I RETURNED.

WHEN I GOT-BACK FROM TAKING MY SON (ANGELO)
TO SCHOOL, THERE WERE (2) TWO UNIFORMED POLICE OFFI-
CERS SITTING BEHIND THE COUNTER @ FRONT IN
THE HOTEL. THEY ASK IF I WERE LARRY MOORE, I
SAID, "I AM." - I ASK ABOUT MY CHILDREN (TWO DAU-

(D-17)

# COUNT V

I ASK, "ARE YOU REFERRING TO THE FINE OF $ 75.⁰⁰ (DOLLARS)", SHE SAID, "YES." — / I SAID, "THE MATTERS I'M TALK'EN ABOUT INVOLVE MY ③ CHILDREN, GOV'T FRAUD, TAMPERING OF RECEIVING MY MAIL, BOGUS REPORTS." SHE SAID, "I UNDERSTAND, BUT THIS MATTER NEEDS TO BE CLEANED-UP FIRST." — /

I WAS DRIVEN TO MESA CITY JAIL BY ② TWO F.B.I. AGENTS. I WAS BOOKED, AND RELEASED THE NEXT MORNING. / I WENT BACK TO THE F.B.I.'S PARKING-LOT, GOT INTO MY 'VAN' AND LEFT.

DEFENDANT
# 12           APPX ② TWO DAYS LATER, ON OR ABOUT SEPT. 30, 2004. I WAS SCHEDULED TO APPEAR @ THE TEMPE MUNICIPAL COURT (IN TEMPE, AZ) FOR "ARRAIGNMENT" TO A TRAFFIC CITATION. (140 E. 5TH ST.).

✱ ARRAIGNMENT: STRICTLY THE HEARING BEFORE A COURT HAVING JURISDICTION IN A CRIMINAL CASE, IN WHICH THE IDENTITY OF THE DEFENDANT IS ESTABLISHED, THE DEFENDANT IS INFORMED OF THE CHARGE(S), AND HIS OR HER RIGHTS AND THE DEFENDANT IS REQUIRED TO ENTER A PLEA.

"OBSTRUCTION" OF JUSTICE"

WHILE I WAS SITTING IN THE TEMPE MUNICIPAL COURT ROOM (DOWNTOWN TEMPE, AZ) WITH APPX. 30 TO 35 OTHER CITIZENS AWAITING TO SEE THE JUDGE REGARDING THE TRAFFIC CITATION'S I RECEIVED. I WAS ASK, (BY THE BAILIFF OFFICER) TO STAND-UP AND TURN AROUND. I WAS HANDCUFFED AND

"OPEN" SCAM"

(P-23)                          18

CT V

TAKEN DOWNSTAIRS AND BOOKED INTO THE TEMPE CITY JAIL. / BOND IMPOSED ($500) DOLLARS - / I ASKED, WHAT IS THIS ALL ABOUT ? TO ONE OFFICER DOWNSTAIRS, HE GAVE ME NO ANSWER. ( TILL THIS DAY I HAVE YET TO FIND-OUT THE REASON(S) FOR THAT ACTION TAKEN IN THAT COURT ROOM).

I PLACED A CALL TO "TIM." (ANOTHER SUPPORTER OF MY VETERANS HELP PROGRAM) - HE POSTED A ($500) DOLLAR - BOND, I WAS OUT OF JAIL APPX. (4) HOURS LATER. I'M SURE THE OPEN ENEMY WASN'T EXPECTING THAT ONE.

TWO DAYS LATER, OCTOBER 2, 2004 I WAS TOLD BY JENNIFER STEWART (PUBLIC DEFENDER), I WAS SCHEDULED TO SEE COMMISSIONER VATZ, IN THE SUPERIOR COURT, 7TH FLOOR, "RULE 11 COURT." (SHE NEVER SAID WHY).

MY PLANS THAT MORNING WAS TO GO BY C.P.S. DROP OFF THE CLOTHING, SHOES AND ETC. FOR MY CHILDREN FIRST, AND THEN GO TO COURT. (BECAUSE I WENT SHOPPING FOR THEM THE NIGHT BEFORE). INSTEAD I WENT TO THE COURT HOUSE 'FIRST.' - / WHEN I STOOD BEFORE COMMISSIONER VATZ IN THAT SUPERIOR COURT - COURT ROOM, (JENNIFER STEWART WHO STOOD BESIDE ME SAID NOTHING) REGARDING A "BOGUS COMPLAINT" (I.E., WHERE THERE WAS NO EVIDENCE / NO ARREST, NO CITATIONS / NO POLICE REPORT(S) / NO GROUNDS IN OR TO THIS COMPLAINT. / WHAT WAS THERE TO FIGHT AGAINST ? / IT WAS TO RAILROAD ME IN A PLOT /

RE: THEFT OF MEANS. (BOGUS CHARGE)

KEY →

(9-24)

## COUNT V

A CONSPIRACY). — COMM. VATZ SPOKE AND SAID THAT I FAILED TO MAKE A SCHEDULED DR. APPOINTMENT, WITH A DOCTOR BEIGEN. I SAID TO THE COMMISSIONER, "I'VE NEVER HEARD OF SUCH A PERSON".!

THE COMM. READ AND SIGNED A "SUBMISSION ORDER," (JUDICIAL MISCONDUCT/MISBEHAVIOR) TO HAVE ME IMMEDIATELY DETAINED, TAKEN INTO CUSTODY. THAT I SHOULD BE ADMITTED TO THE "ARIZONA STATE HOSPITAL" FOR MEDICAL TREATMENT. (I.E., TO FORCE-FEED (ME) WITH DRUGS). THIS WILL TAKE PLACE FOR A 'MINIMUM' OF (21) MONTHS, — AND THAT I WAS A THREAT TO "PUBLIC SAFETY," ETC. / THIS IS ALL ON RECORD, "I DIDN'T WRITE-IT." ! ("OF COURSE I COULDN'T BELIEVE WHAT I WAS HEARING").

NOW REMEMBER, I'VE RECENTLY MOVE INTO A BEATIFUL 3000 SQ FT. HOME @ 75TH AVE 'JUST NORTH OF NORTHERN FOR MY CHILDREN, (WHO WAS TEMPORARILY IN C.P.S. CUSTODY). — / THE 'OWNER' OF HOME ENTERED A 'DEFAULT' JUDGEMENT AGAINST ME FOR THE HOME, (LISTED ON MY CREDIT REPORT). "BECAUSE OF THEIR WICKED ACTS."

THE LEASED VAN, (FROM A-1 VAN LEASING) WAS PARKED ON THE STREET, IN FRONT OF THE COURT HOUSE, WITH MY CHILDREN THINGS INSIDE. THE SAME BURGUNDY VAN THAT STAYED OVERNITE IN THE F.B.I. PARKING LOT, WHEN I WAS ESCORTED TO MESA, — THE SAME VAN THAT STAYED IN TEMPE CITY COURT PARKING LOT, (WHEN I WAS DETAINED IN THE COURT ROOM, AWAITING FOR ARRAIGNMENT.).

PLOT 'N' THIS FRAUD SCAM

(P-25)    (121)

## Count IV

AND THE SAME VAN THAT SAT ON JEFFERSON ST.
(IN FRONT OF THE SUPERIOR COURT BLDG.) FOR
APPX. (5) FIVE DAYS, (i.e., I WAS DENIED OPPORTUNITY TO
MAKE OUTSIDE CONTACT) WITH PARKING CITATIONS AND
VIOLATIONS. I WAS "SERVED" IN THE COUNTY JAIL,/
WITH PAPERS, IN WHICH TO 'PAY' MY LEASE PAYMENTS
AND RESPONSIBLE FOR CITATIONS AND TICKETS. *(LEFT ON THE WINDOW OF THE VAN)*

ALL BECAUSE OF A MADE-UP BOGUS REPORT(S)
AND COMPLAINT, / PAID DOCTORS AND STAFF TO SAY, THAT
I'M "INCOMPETENT," FALSIFIED DOCTOR'S REPORTS PRESENTED
TO MANIPULATE THE COURT. USING NEGATIVE DEFAMATION,
~~DEF~~ IN SAYING THAT I WAS A THREAT TO "PUBLIC SAFETY";
(i.e., A NOBLE MOTIVE TO ~~XXXX~~ JUSTIFY THEIR DIRTY
WORKS). / A PLOT TO FORCE FEED ME W/ DRUGS. / LATER
THAT YEAR, IN "2005," DR. BEIGEN WAS FOUND GUILTY
OF PRESENTING FALSIFIED DOCUMENTS TO THE COURT. THE
NEWS STATIONS TELEVISED THE REPORT.

*THIS PART OF THEIR "PHOTO" FINISHED*

OF COURSE I "NEVER" MADE IT TO THE "ARIZ. STATE
HOSPITAL," IT REALLY CONFUSED THE DOCTORS AND STAFF,
IN TRYING TO FIGURE OUT ABOUT THE 'GAP' IN THE DIAG-
NOSE PER THEIR REQUEST. THERE WAS NOTHING TO SUPPORT IN
ANY OF IT. / AFTER APPX. (3) THREE MONTHS OF BEING DE-
TAINED, UNDER MEDICAL OBSERVATION, I SENT WORD TO
ATTORNEY (REGINALD COOKE) @ 1366 E. THOMAS RD. IN PHOENIX,
AZ. / I GAVE POWER OF ATTY. TO MY BROTHER (EDDIE), TO
WITHDRAW ($1000) DOLLARS FROM MY ACCOUNT TO RETAIN

(P-26)                                    ~~XX~~ (13)

CT # VI

GHTERS), THEY SAID, "THEIR OK." - / THE ASST. MAN-
AGER AT THE HOTEL, @ FRONT SAID, "I DON'T KNOW
WHO CALLED THE POLICE."! (i.e., THE ASST. MANAGER
~~COULDN'T~~ COULD NOT FIGURE OUT WHAT WAS GOING-ON,
SHE SAYS. / SHE KNEW OF OUR SITUATION, SAID GOODBYE
TO MY SON THAT MORNING ON HIS WAY TO SCHOOL, AND KNEW
MY (2) TWO DAUGHTERS WERE IN THE ROOM). - / THE (2)
TWO OFFICERS SCOLDED ME ABOUT LEAVING MY CHIL-
DREN, I EXPLAINED MY REASON, AND I TOLD THEM, I
AGREE, "I WAS WRONG."

DEFENDANT
#15
⎯⎯⎯

ONE OF THE OFFICERS SAID, THERE'S A MIS-
DEMEANOR WARRANT OUT OF SCOTTSDALE, AZ. FOR A
F.T.A. (FAILURE TO APPEAR) @ MY SCHEDULED COURT
APPEARANCE. I TOLD THEM, ON THE DATE OF MY COURT,
(APPX. 2 WEEKS AGO) I WAS IN COUNTY JAIL, I SAID,
THEY KNEW THAT."! (i.e., A WARRANT REGARDING THE DIS-
TORTED VOUCHER DONE BY A MEMBER OF THE HOTEL, WHO PRE-
SENTED 'A COPY'. FROM MY VETERANS HELP PROGRAM, REGARDING
THE APPROVAL OF A (#60) DOLLAR DISCOUNT/PER NITE.) - /

ANOTHR
MAJOR PLAYR
IN THIS
CONSPIRACY

JUDGE JAMES BLAKE IN SCOTTSDALE, AZ. ISSUED THE
WARRANT. / I OVERHEARD (IN A PHONE CONVERSATION) THE
ONE PHOENIX POLICE OFFICER SAY, "WE'RE NOT GOING TO
SEPERATE THIS FATHER FROM HIS CHILDREN OVER A
MISDEMEANOR WARRANT. - WHILE THE OFFICERS WERE
GOING BACK-N-FORTH, THEY ASK ME, "MR. MOORE IS
THERE SOMEONE WE CAN CALL TO PICK-UP YOUR CHILD-
REN"? - I IMMEDIATELY SAID, "YES." - / I GAVE

(P-18)                    34

CT VI

THE NUMBER TO MY BROTHER AND A GIRLFRIEND.

ALL-OF-A-SUDDEN, OUT OF NO-WHERE A LADY SHOWS-UP, SAYS SHE'S WITH C.P.S. (CHILD PROTECT-IVE SERVICES), ONE OF THE OFFICER SAYS, (IN A LOUD VOICE) - WHO CALLED C.P.S.? AGAIN, "WHO CALL-ED C.P.S.? - THE OFFICERS WERE QUESTIONING HER. (i.e., C.P.S. WORKER WHO MYSTERIOUSLY APPEARED, WITH-OUT ANY KNOWN NOTIFICATION WHO CONTACTED THIS AGENCY TO CONFINE MY CHILDREN, PHX. POLICE QUESTIONED THE WORKER ASKING OF HER SURPRISE APPEARANCE). "BECAUSE SHE WAS THERE IN MINUTES". IT APPEARED TO BE THE SAME "C.P.S. WOMAN" WHO SHOWED UP IN SCOTTSDALE @ THE HOTEL!

* *

NOTE: REMEMBER, THIS INVOLVES THE DISTORTED VOUCHER (A COPY) USED AS EVIDENCE IN A COMPLAINT, "NOT THE ORIGINAL", PRESENTING FALSIFIED DOCUMENTS, FALSIFIED EVIDENCE TO THE COURT. - / A CONSPIRACY, A SCHEME. (i.e., FRAME-UP). - THE PROSECUTION, AND THE JUDGE IN THEIR MISCONDUCT / MISBEHAVIOR.


THE (2) TWO OFFICERS BECAME SILENT, SAID NOT ANOTHER WORD (i.e., SEEMING DISAPPOINTED). ONE OFFICER (PHX POLICE DEPT.) DROVE ME TO THE PHOENIX - SCOTTSDALE BORDER, TO A CARWASH, WHERE THEY MET. I WAS TURNED OVER TO A SCOTTSDALE POLICE OFFICER. I WAS BOOKED INTO SCOTTSDALE CITY JAIL. - / MY BOND WAS $1500.00 DOLL-ARS, I ONLY HAD THE $800. DOLLARS, CASH. THE NEXT

(P.19)                    35

COUNT ~~XXXX~~ VI

1. STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: EIGTH AMENDMENT RIGHT. I.A.C. (INEFFECTIVE ASSISTANCE OF COUNSEL) (DUE PROCESS)

2. COUNT VII. ISSUE INVOLVED: "A CORRUPT JUDGE" OTHER: CRIMINAL ~~XXXX~~ (IN) MALICE, & INTENT (TO COMMIT, PREMEDITATED) FRAUD / SCAM -

3. SUPPORTING FACTS.
   SEE: ~~XXXXXXXXXX~~
   PAGES 34 THRU 38

4. INJURY. UNLAWFUL, & ILLEGAL DETENTION / WRONGFUL IMPRISONMENT. / SEPERATION OF CHILDREN. FRAUDULENT & MALICE CONDITION. LED TO PHYSICAL INJURY (BODILY HARM) THREAT TO MY SAFETY. / LOST MY HOME OF LEASE PURCHASE FOR FAMILY.

5. DOES NOT APPLY.

9

# Count VII

MORNING I WENT BEFORE JUDGE JAMES BLAKE, WHO ASKED, "WHY DIDN'T YOU SHOW UP FOR YOUR COURT DATE"? — I SAID, "AS YOU WELL KNOW, I WAS IN COUNTY JAIL IN PHOENIX FOR (10) TEN DAYS." I TOLD THE M.C.S.O. (MARICOPA COUNTY SHERIFF'S OFFICE) OF MY PENDING COURT APPEARANCE IN SCOTTSDALE, THEY SAID I CAN GO WHEN I GET OUT (i.e., OUT OF JAIL). — — HE SAYS, (JUDGE BLAKE) "WHY DIDN'T YOU SHOW-UP WHEN YOU GOT OUT"? — I SAID, "FIRST I HAD TO ATTEND TO MY CHILDREN, I SAID BESIDES ITS BEEN JUST OVER A WEEK." — / AT THAT TIME, I MADE THE REQUEST FOR COUNSEL (i.e., A LAWYER).

✳ JUDGE BLAKE DENIED ME COUNSEL TO REPRESENT ME (i.e., REFUSED TO APPOINT ME A LAWYER) IN THAT SCA- NDAL, "VIOLATION OF MY MIRANDA RIGHTS." / (HIS) ABUSIVE DISCRETION.

THE JUDGE TOLD ME, "YOU'LL REMAIN IN JAIL UNTIL, EITHER YOU BOND OUT, OR YOUR NEXT COURT DATE." — I SAID, "MY CHILDREN NEED ME, I'm ALL THEY'VE GOT TO TAKE CARE OF THEM." — HE SAYS, "LIKE I SAID."

THE HOTEL PRESENTED FALSIFIED DOCUMENT(S) IN A COMPLAINT, FALSIFIED EVIDENCE TO THE COURT. — WHEN THE PROSECUTOR ASK ME ABOUT MY SIGNATURE, I TOLD HER, THAT IS A "COPY" OF MY SIGNATURE, BUT THAT IS NOT HOW THE VOUCHER WAS PRESENTED TO THE HOTEL. — I SAID, "LOOK @ THAT." (i.e., THE STATE-

(P20)                    36

CT VI

/CITY
(ACCEPTED A DISTORTED COPY AS EVIDENCE). IT WAS
OBVIOUSLY AN ATTEMPT TO FRAME ME, LOCK ME UP,
BY USING COPIES OF A DISTORTED PIECE OF PAPER.
TO SEPERATE ME FROM MY CHILDREN.

I WAS PRESSURED EACH WEEK (APPEARED B/4 JUDGE BLAKE) FOR (4) FOUR WEEKS
TO "PLEAD GUILTY." - / JUDGE BLAKE "REFUSED TO REDUCE
MY BOND," (i.e., MADE REQUEST TO M.C.S.O., COUNTY JAIL
TO BRING ME TO SCOTTSDALE COURT EA. WEEK). / MY
CHILDREN WERE IN C.P.S. - / I WAS "FORCED TO
PLEAD GUILTY."


WHEN I WAS RELEASED, (APPX. A MONTH LATER),
I WENT IMMEDIATELY TO GET MY CHILDREN, BUT
THEY DID NOT RELEASE MY CHILDREN TO ME. I
SAW "RIGHT AWAY," THIS WAS THEIR (FOE) PLOT,
ANOTHER CONSPIRACY. (i.e., IT WAS TOLD TO ME, I
WAS BEING WATCHED, I WAS BEING FRAMED).

TWO WEEKS LATER, I MADE THE CONTRACT AND
MOVED INTO THE HOME @ 75TH AVE / NORTHERN. / FOR
THE FIRST TIME, I DECIDED TO TAKE THIS PUBLIC(LY),
I HAD "HAD ENOUGH." / (i.e., A POLITICAL "CON" GAME,
A PLOT AGAINST (1) ONE FAMILY).


AROUND THE END OF SEPTEMBER '2004' I PASSED
OUT (13) THIRTEEN ~~ENVELOPES~~ MANILA ENVELOPES TO
LOCAL FEDERAL, / STATE AGENCIES, DEPT OF CHILDREN
AFFAIRS, D.E.S. / STATE DEPARTMENT, FEDERAL BLDG.,

(P-21)                    37

CIVIL

@ 401 W. Jefferson, In Phoenix, Az. / T.V. Channel (15) News, Channel (T.V.) 5-News. The Arizona Republic, and several others. - / The last stop was the F.B.I. (Federal Bureau of Investigation) @ 2nd St., Indianola (In Phoenix, Az.) "Was that a waist-of time".......

My intentions were to drop off the "Manila Envelope". (Containing issues regarding the Scrutency, the unlawful acts of injustice, that has led to "Kidnaping" my children), at the Guard Station, But the Guard on Post said, "If you have a issue or problem c'mon in." (i.e., I was attempting to hand-him the envelope) - I thought about-it for a few seconds, he says, "You can park your van in our parking lot, it'll be safe." - / So I did. - I went in, the lady @ the front information behind the glass ask, "May I help you".? - I told her I need to speak with a 'agent', she said, "May I see your identification".? / - After Apx. (15) minutes wait, I was seen by a female agent. - I briefly explained my concerns, I ask her to read through my complaints (i.e., contained inside the envelope).

After about (5) minutes, the agent said, "Mr. Moore before we can assist you, you'll need to have a clean slate." - Its showing a fine is owed in Mesa, Az. @ the municipal court.

(P-22)                    38

# Count ~~XX~~ VII

1. STATE THE CONSTITUTIONAL OR OTHER FEDERAL CIVIL RIGHT THAT WAS VIOLATED: HUMAN / NATURAL RIGHTS, EIGHTH AMENDMENT / SECURED AMENDMENT RIGHT (S).

2. Count ~~XVII~~ ISSUE INVOLVED OTHER: CRIMINAL INTENT (CRIMINAL MISBEHAVIOR). (PARTICIPATING IN PLANNED 'PLOT')

3. SUPPORTING FACTS:
   SEE: ~~~~, ~~~~
   PAGES 44 THRU P. 50

4. INJURY. LIFE INFLICTED INJURY (IRREVOCABLE) IN THE LIVES OF MY CHILDREN. / SUFFERING / MENTAL PHYSICAL PAIN, (IN A POLITICAL CON GAME).

COUNT XII

COPA COUNTY HOSPITAL (EMERGENCY ROOM), WITH
INJURIES THAT REQUIRED (FACIAL) SURGERY,
WHICH HAS MADE DELIBERATE INDEFERENCE.

DEFENDANT
#14

C.P.S. VISITED ME IN COUNTY JAIL (S)
REGARDING MY CHILDREN. I APPEARED @
SCHEDULED COURT DATES, AFTER I WAS RELEASED
I WENT ~~STRATE~~ DIRECTLY TO C.P.S. IN THE
CONCERNS OF MY CHILDRENS SAFETY, AFTER
THE WICKED ACTS AND ATTEMPTS IN SEPARATING
MY CHILDREN FROM THEIR FATHER, EVEN
WORSE, "FROM EACH OTHER". / THIS IS OR WAS
NOT IN THE BEST INTEREST OF MY CHILDREN!
I TOLD C.P.S., "MY CHILDREN HAVE NEVER
LIVED APART FROM EACH OTHER". / THIS MADE
ME FURIOUS @ EVEN THE THOUGHT.

"OPEN
PLOT"
CONTRA TO
"CRIME"

* I HAVE A DIVINE ANIMAL RIGHT, TO PROTECT
MY LIFE AND THE LIFE OF MY OFFSPRING.

I CLEARLY SHOWS THAT HARDSHIP AND DISCRIM-
INATION WAS ~~xxxxxxxx~~ ON THE FATHER. / GREAT
STORMY TEMPEST OF THE WICKED. / THE ONLY
WAY TO SET THE ATTACK WAS THROUGH HIS CHILD-
REN. / C.P.S. SUPPORTED THE OPEN FOE (ENEMY)
AGENTS ACTS OF DECIET AND MANIPULATION, THIS
WAS NOT IN THE BEST INTEREST OF MY CHILDREN,

(P.28)                44

## Count VII

But a Game For Enemy Agents, Trickery, Malice For anyone who Goes-up or Stand Against the Ways-n-Means of Maricopa County.

I went through periods of, "More of the Same." As I stated in a filed Complaint to the United States Supreme Court (in the State of Arizona), "A political ~~____~~ 'Con' Game, 'Plot,' Against one Family. They got Caught." / What will the Next 'Con Game' Involve? - Murder?

What role did "C.P.S." play in this Consp- iracy "plot" to Conspire?

Defendant
#13

Question: At the time scheduled for Trial In Mesa, Az. @ Juvenile Court, I made the Request to have my case Heard before a Jury. The morning of the trial, None of the mem- bers of the Jury Showed-up. (i.e., everyone wait- ed outside the Court-room over a ½ hour for the Jury to Show-up), ~~____~~ Were they all Late? - How many were Signed-up? - Did they call In? - What were their Reason(s) for Not App- earing? - / Or, was there Really a Jury Appoi- nted?

In the Beginning (i.e., Originally) I went be- Fore Honorable Judge Morris in the "Juvenile Court," the matter was assign, 'set' to Judge

(P.29)                    45

# COUNT VII

MORRIS. IT WAS LED TO BELIEVE, JUDGE ARMENTA (i.e., BROUGHT IN AS A TOOL) TOOK IT UPON HIM-SELF TO USE SOLE DISCRETION (ABUSE OF DISCRE-TION) IN HIS MISBEHAVIOR / MISCONDUCT, INTO DECIEVE THE COURT, SUPPORTING THE SEPARATION BETWEEN FATHER, & CHILDREN THROUGH MERE SPEC-ULATION, / MADE-UP STATEMENTS, NEGATIVE DEFA-MATION ABOUT THE FATHER & CHILDREN TO JUSTIFY HIS DIRTY WORKS, MAKING EVIL FAIRSEEMING. AGREED TO A "NO CONTACT ORDER," BETWEEN THE FATHER AND HIS CHILDREN.

APPOINTED, REPRESENTING COUNSEL FOR ME (THE FATHER), ATTORNEY "JANELLE McHEARNE" STAT-ED, QUOTE, "I WONDER WHO'S FOOTEN DA BILL ON THIS ONE, I'VE SEEN CASES 'ALOT' WORSE THAN YOURS THAT HAVE PULL THROUGH." UNQUOTE. – / IN HER EXPERIENCE, SHE GAVE HER PROFESSIONAL OPINION, AND MADE THE REQUEST: THAT I PISS @ THEIR REQUEST, SEE DOCTORS @ THEIR REQUEST, ATTEND CLASSES @ THEIR REQUEST. / AFTER THE FULL COMPLETION OF THAT, TO HAVE THE OPEN ENEMY LAUGH, AND SAY, "THAT'S NOT GOOD ENOUGH." / PRO-LONGED AND DENIED ME CONTACT OR VISITATION WITH MY CHILDREN. – / (i.e., THEIR ATTEMPT TO BRAINWASH MY CHILDREN; IN SAYINGS, THAT'S NOT THROUGH THEIR NATURAL FEELINGS.) TO INFER, AND ATTEMPT TO "MALIGN" THE RELATIONSHIP WITH MY CHILDREN.                    46

(P-30)

## Count VII

C.P.S. Case manager Gordon Hall ask me, as one day dropping things off for my children. (i.e., supplies, gifts, clothing, shoes etc.), — He says, "Would you not bring 'so many' things for your children, because the other children aren't as fortunate." / Hello!!

A member of C.P.S. administration stated, "There was NEVER a reunification plan for this family". ⑤ / One C.P.S. worker said, "I think we've made a mistake with the "Moore" children."

*Isn't here another "Hami" for these Corprate Casman?*

C.P.S. has never shown true efforts to support reunification (i.e., what was the role of C.P.S.?) to this family. / The plot, in all actuality, they (C.P.S.) were planning all along to do EVIL against the family. — / And to really think, or had ideas, (i.e., behind bogus fraud charges, & complaints/ led to the many arrest, to justify its means of "Entrapment") they could or would pull-this off.' ⑤ / Offering a false sence of sincerity, under false pretense.

A judge who cannot apply and obey statutes should be removed for incompetence. One who willfully deprives a citizen of rights under statutes enacted by Congress should be impeached. 18 U.S.C. Sec. 242. (One official stated, "The real Criminal(s) are those who work for our Justice System).

(P-31)                        47

COUNT VII

THE BIOLOGICAL PARENT (LARRY MOORE) DEMANDS WAS MADE BY SPECIAL ACTION, TO OPEN A INVESTIGATION IN THE INJUST PROCEEDINGS DONE BY THE COURT(S) PRESIDING JUDGE (ARMENTA), - C.P.S. ADMINISTRATION AND ITS AGENT, & OFFICIALS. / TO RAISE QUESTIONS TO A CONSPIRACY, (PLOT).

A JUVENILE COURT COMMISSIONER SHALL - NOT MAKE EXPARTE ORDERS WHICH WOULD DEPRIVE A PERSON OF CUSTODY OF HIS CHILDREN. — / OR DEPRIVE A PERSON OF HIS LIBERTY, EXCEPT IN A DEFAULT HEARING. /

DEPRIVED OF CIVIL LIBERTIES. C.P.S. HAS REFUSED, DENIED ANY DILIGENT EFFORT TO PROVIDE APPROPRIATE REUNIFICATION. / IN FACT EVERY EFFORT WAS MADE TO AVOID - JUST THAT. - "IT WAS JUST A GAME", TO CREATE HUMILIATION, & DISCOMFORT, BY THE INVISIBLE AGENCY'. (LIBELOUS ACTS).

THESE REPORTS, COMPLAINTS WERE MADE TO THE DEPT. OF JUSTICE, IN D.C. (DISTRICT OF COLUMBIA). MADE REPORT TO THE U.S. SUPREME COURT (IN ARIZONA). / WAS NOT ABLE TO PRESENT - STATEMENT(S) OF THE CASE(S). (IN JANUARY 2009), BECAUSE OF ANOTHER ATTACK, MATTER PENDING IN COURT OF APPEALS (IN MARICOPA COUNTY) / - CASE SCENARIO (DECEMBER 2010). TO THE U.S. SUPREME COURT, IN WASHINGTON D.C.

(P-32)                    48

"SEE FEDERAL INDICTMENT"

SEPT. 13, 2011 CASE(S) WERE REVERSED, REMANDED (MANDATE) BY NINTH CIRCUIT.

Continued

# COUNT VII

## Included are the Following,
## Amendment Rights Violations,

* Arizona and United States Constitution Amendment Rights Violations under the Law (s). Civil, Constitutional, and Criminal, specific Acts of Misconduct, & Misbehavior in the Conspiracy, Target, "Plot," a Political "Con" Game, in committing Crimes.

Local Agents and State Officials, (open Foe) and its administration are Guilty of Acts of Malignity, - Acts of Implementation, Acts of Discrimination, Prejudice, Fraud, Slander and Libelous. / Travesty of Justice, Deprivation of Rights, Malicious Prosecution, Prosecutorial Abuse, Declaration of Rights, Mendacious Statements and Secured Amendment Rights Violation (s)

* Amendment Rights Violated; First, Fourth, Fifth, Sixth, Eighth and Ninth. - Also Included are Violations of the Fourteenth and Fifteenth Amendment.



(233)
(A)

CONTINUED,

## COUNT VII

WHEREFORE, IN MY DELAYED APPEAL TO THE UNITED STATES SUPREME COURT IN WASHINGTON, I ASK THE COURT, AS IT MAY BE NECESSARY AND APPROPRIATE TO RESUME ACTION AGAINST A "POLITICAL CON 'GAME" DONE AGAINST ONE FAMILY. THE PLANNED PLOT, ACTS OF CORRUPTION FORCING THE PLAINTIFF IN A PRISON COMPLEX, USED AS A 'BUFFER', TO PREVENT THE PLAINTIFF FROM CHALLENGING AND OR MAKE PUBLIC ANNOUNCEMENT OF THE MISCONDUCT / MISBEHAVIOR DONE BY ~~COUNTY,~~ COUNTY, & STATE OFFICIALS AND AGENTS TO HELP SEPERATE THESE CHILDREN FROM THEIR FATHER, BECAUSE OF SOME POLITICAL WICKED VENDETTA. WE ASK THE UNITED STATES SUPREME COURT IN D.C. TO HAND DOWN THE JUDGEMENT AND CONVICTIONS AGAINST THE EVILS DONE, AND NOT ALLOW SUCH ~~~~ WICKEDNESS DONE BY THE(SE) LAWBREAKERS. PUT A END TO THE MISERY, & DISCOMFORT DONE IN THESE MATTERS, AND UPHOLD THE LAW, (i.e., IN LEVITICUS ), WHEN "LAW" WAS LAW.

(50)

(p.33)
(8)

## E. REQUEST FOR RELIEF

State the relief you are seeking: *In all Combined Count*

*We Seek   15.7 Million*

*(American) Dollars.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3 / 14 / 12
DATE                                                 SIGNATURE OF PLAINTIFF

*Georgetown University Law Cntr.*
                                                     *(D.C.) Argued By Ninth Cir Court.*
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

                                                     * *I continue to Seek the*
                                                     *Request the Assignment of Grand*
_____                      *Jury + Federal Indictment @*
(Signature of attorney, if any)                      *under "Marshal Law" —*
                                                     *ask to be made for Public Report.*

_____
(Attorney's address & telephone number)
* *Seek Criminal Charges (Those Responsible/Held Accountable)*

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

(18 PAGES)

A SERIES OF QUESTIONS.          PART-2

THESE ARE JUST "SOME" OF THE QUESTIONS
TO BE RAISED, IN THIS CONSPIRACY, PLOT(S),
(i.e., THOSE INVOLVED). A TARGET
"A POLITICAL 'CON' GAME "

Copy

1.) CHAD YOUNG:   WHERE ARE ALL OF THE PERSONAL BE-
LONGINGS OF LARRY MOORE AND HIS CHILDREN?
WHERE IS THE DEPOSIT (*5000 DOLLARS) USED AS A DE-
POSIT FOR THE HOUSE?
WHERE DID YOU FIRST MEET MR. MOORE? / HOW DID
YOU KNOW HE WAS IN THE MARKET FOR A HOME?

2.) ATTORNEY RICHARD GROVES: DID YOU APPEAR @ GLENDALE
JUSTICE COURT TO REPRESENT LARRY MOORE?
DID YOU ASSIST HIM @ COURT WITH A SUPERCEDE BOND?
WHY DIDN'T YOU, INFORM MR. MOORE WHERE TO PAY THE
FILING FEE? — / WHY DIDN'T YOU NOTIFY THE COURT OF MR.
MOORE MAKING THAT (MADE) PAYMENT? — / WHAT HAPPEN TO
THE MONEY, PUT TOWARD THAT BOND? — /
WHAT WAS THE PACKAGE DEAL, THAT YOU MADE WITH
BRETT DAVIDSON OF COUNTRY MARKET II?
WHAT DID MR. MOORE, PAY YOU MONEY TO DO?
WHEN YOU, OR AFTER DEPOSITIONS WERE TAKEN, DID IT NOT
CLEARLY SHOW, BRETT DAVIDSON ACT(ED) UNLAWFULLY?
DID YOU NOT TELL MR. MOORE, THAT LEGALLY COUNTRY MRKT II
CANNOT WITHHOLD THEIR MERCHANDISE?

P-1

CONTINUED:

WHY DIDN'T YOU PERFORM THE DUTIES IN THE SIGNED
CONTRACT? — WHY DIDN'T YOU CONTINUE TO FILE A LAW
SUIT IN THE DEFENSE OF VETERAN'S RETAIL STORE?
WHAT HAPPEN TO 3000 SQ FT OF MERCHANDIZE?
IS IT POSSIBLE YOU BREACH THE CONTRACT IN NEGLIGENCE?
DID MR. MOORE (VETERANS RETAIL STORE) HAVE GROUNDS FOR
SUIT AGAINST COUNTRY MARKET II FOR MISCONDUCT?

3.) <u>BRETT DAVIDSON (COUNTRY MARKET II)</u>:  WHAT WAS IN-
VOLVED IN THE PACKAGE DEAL, BETWEEN YOU AND ATTY.
RICHARD SCOTT? — WHERE, OR WHAT HAPPEN TO (3000 SQ FT)
OF MERCHANDIZE BELONGING TO VETERANS RETAIL STORE?
DID YOU REALLY THINK, "BY LAW", YOU COULD KEEP A ENTIRE
STORE, BY RIGHT? — / WHAT WAS THE REASON FOR CHANG-
ING THE LOCKS, W/O ANY NOTIFICATION TO ANYBODY? — /
DID YOU WAKE-UP AND DECIDED ONE DAY, TO DO THIS?
DO YOU THINK YOU VIOLATED A SECURED RIGHT? — / DID
YOU AND RICHARD SCOTT (ATTY) PLAN TO SPLIT THE STORE?

4.) <u>MANAGER JIM (MAIL SERVICE @ 2415 E. THomas Rd.)</u>: WHAT
ROLE DID YOU PLAY IN ASSISTING IN THE CLOSE OF THE
VETERAN BOTTOM-LINE MAIL BOX? — / WHO AUTHORIZED THE
CLOSING? — / DID MR. MOORE GIVE AUTHORIZATION TO SHUT-
DOWN OR CLOSE SERV. AFTER (5) YEARS? — / IS MAIL TAMPER-
ING A FEDERAL OFFENSE? — / WHY WASN'T MR. MOORE IN-
FORMED OF THIS? — / DID YOU TELL HIM YOU WERE NOT
RESPONSIBLE? — / ARE YOU PART OWNER? — / ARE YOU

2

UNDER CONTRACT WITH THE OWNERS? — / ARE you RESPONSI-
BLE FOR NOTIFING CUSTOMER ABOUT THEIR MAIL? —
WHY DID YOU REFUSE TO GIVE ANY INFORMATION TO MR.
MOORE ABOUT THE WHEREABOUT OF HIS MAIL? — / WERE
YOU PAID TO CLOSE THE BOX, OR REFUSE HIS SERVICE?
UNDER CONTRACT, ARE YOU NOT RESPONSIBLE FOR THE
MAIL, AND A DUTY, TO FORWARD @ CUSTOMER'S REQUEST?
WHAT ARE THE NAMES OF THE OWNERS AND PREVIOUS
MANAGERS? — / WOULD YOU CONSIDER THIS A FEDERAL
MATTER? — / HOW LONG DID "KARAOKE BOB" FROM NEXT
DOOR WORK HERE? — / WHAT WAS HIS RELATIONSHIP
WITH THE OWNERS? — / WHEN DID YOU (JIM) TAKE OVER
MANAGING MAIL?

5.) <u>MANAGERS (@ HOTEL SUITES N. SCOTTSDALE RD. IN SCTSDL, AZ.):</u>
WAS A COMPLAINT FILED BY THE HOTEL? — / WHAT
WAS THE NATURE OF THE COMPLAINT? — / WHAT IS
THE NAME OF THE PERSON WHO FILED COMPLAINT? — /
WAS THIS THE SAME MANAGER WHO HONORED OR AUTH-
ORIZED THE DISCOUNT? — / WAS A ORIGINAL DOC-
UMENT PRESENTED, REPRESENTING VETERAN HELP
PROGRAM? — / @ THAT TIME IT WAS ACCEPTED
AND RESPECTED? — / DO WE KNOW WHO CALLED
OFFICERS, AFTER THEY LEFT THE HOTEL? — / DID
SOMEONE PAY THE HOTEL, TO FILE A COMPLAINT
AND DISTORT THE VETERANS VOUCHER? — / WHAT
WAS THE COMPLAINT ABOUT? — / IS THERE A

3

FILE OR COPY OF THE ORIGINAL DOCUMENT, PRESENTED @ THE TIME OF CHECK-IN? -/ WHAT IS THE MANAGERS NAME WHO CHECKED THE FAMILY IN? -/ WAS THE ORIGINAL RATE $160 DOLLARS PER NITE? -/ THE MOORE FAMILY WAS CHARGE $100 DOLLARS PER NITE? WHY WASN'T THIS COMPLAINT FILED, WHILE THE FAMILY WAS @ THE HOTEL?

6) <u>JUDGE JAMES BLAKE :</u> WHAT EVIDENCE DID THE COURT HAVE IN THE MERITS OF THIS MATTER (CASE)? DID YOU NOTICE THE (i.e., REVIEW) EVIDENCE IN THIS CASE? WAS IT TRUE THE HOTEL, IN THE BEGINNING HONORED THE VOUCHER? -/ USING A DISTORTED COPY OF A RECIEPT VOUCHER, IS SUPPORTED EVIDENCE IN A COMPLAINT? WAS THIS CONSIDERED A DANGEROUS CHARGE TO YOU JUDGE? WHAT WAS THE BASIS (i.e., GROUNDS) IN THIS COMPLAINT? WAS THE C.P.S. WORKER OUT OF SCOTTSDALE? ("WHO SHOWED-UP IMMEDIATELY AFTER BOTH ARREST"). DID YOU SPEAK WITH PHOENIX POLICE OFFICERS, IN TO CONFIRM A MISDEMEANOR WARRANT FOR MR. MOORE? DID THEY TELL YOU, THEY WERE NOT GOING TO SEPARATE HIM FROM HIS CHILDREN, FOR A PETTY CHARGE? DID THE OFFICERS TELL YOU, THAT MR. MOORE ACCOMPANIED HIS (3) CHILDREN? -/ DID YOU INSTRUCT THE PHOENIX POLICE OFFICERS, TO TURN MR. MOORE OVER @ THE BORDER OF PHOENIX-SCOTTSDALE (i.e., @ CARWASH)?

4

Do you as a Judge, really believe the evidence presented to the court, in this Complaint? — / Were you ever paid or Compensated for detaining Mr. Moore? — / Did you ever request the original ~~xxxxx~~ voucher, presented by Mr. Moore? Why did you refuse him Counsel, in defense of this Matter? — / Why didn't you to permit or allow Mr. Moore to Sign out, (i.e., own recognizance) to support his children? — / It is a fact you wanted to force a ~~xxxxxx~~ Separation with children? That is why you, after speaking with Mr. Moore you refused to lower his bond to be released, isn't that true? — / Is it a fact, you pressured Mr. Moore to plead guilty? — / It is a fact, Mr. Moore appeared (4) times (i.e., once a week) for (1) month, held in County Jail, without reducing his bond? How are you involved in the forced separation, of between Mr. Moore and his children? — / Do you know of the C.P.S. worker who showed up after he left the hotel? — / Was Mr. Moore ever arrested or cited for this complaint? — "No." — / At 27th Ave & Rose Garden, and, in Scottsdale, why wasn't Mr. Moore allowed to call "Relatives" to pick-up his children? Were there reason's for your Discrimination against Mr. Moore? — / Is it true, that you placed a ($1500) dollar bond (i.e., on a bogus ($60) sixty dollar discount charge for (2) night(s)), without lowering his bond?

5

ALAN HOCKE, (ATTORNEY WITH PHILLIP, & ASSOC.):
WHAT OR WHO'S PERMISSION DID YOU HAVE TO EXTRACT
(2000) DOLLARS/WITHOUT ANYONES KNOWLEDGE? — / WHAT
WAS YOUR ATTEMPT IN DOING THIS? — / "TO DEFRAUD"? —,
AFTER YOU WERE THREATEN BY MR. MOORE, ACTS OF
MISCONDUCT, DID YOU TRY TO FIND A WAY TO GET BACK
@ MR. MOORE? — / (i.e., LIKE, SUGGESTING TO ALFONZO
CASTILLO (ATTY) TO MOTION A RULE 11?) — / WERE YOU
RESPONSIBLE IN COACHING HIM, OR EVEN OFFERING
TO PAY HIM MONIES? — / IF YOU MADE AN ATTEMPT
TO REVIEW THE CASE MATTER (i.e., OF NO EVIDENCE,
NO CITATIONS, NO ARREST, NO GROUNDS FOR ANYTHING),
WHAT WERE YOU THINKING? — / EVEN IF YOU DID
REPRESENT MR. MOORE IN THIS CASE, WOULD YOU NEED
(2000) DOLLARS? (i.E. ATTORNEY REGINALD COOKE, TOOK
(1000) DOLLARS AND GOT HIM OUT OF A RULE 11 YOU WERE
APART-OF.) — / IS IT BECAUSE YOU GOT CAUGHT, AND
THE CHALLENGE(S) BY MR. MOORE, YOU MADE YOUR ATTEMPT
OF EVIL & FAIRSEEMING? — / DID YOU PRESENT FALSIFIED
DOCUMENTS TO THE COURT MR. HOCKE? — / ARE PHIL-
LIP AND ASSOC. (i.E., THE FIRM) AWARE OF YOUR BE-
HAVIOR, IN THIS MATTER? — / WOULD YOU AGREE, THAT
YOUR "CONDUCT" WAS OF CRIMINAL INTENT?

2.) BOB:
    DID YOU GIVE PERMISSION TO MR. MOORE, TO
A VEHICLE SAID TO BE YOURS?

WHERE DID THIS VEHICLE COME FROM?
WAS THE TITLE IN YOUR NAME?
WAS THE REGISTRATION IN YOUR NAME?
DID THE PLATES ON THE CAR BELONG TO AN-
OTHER CAR? — / DID YOU CHANGE THOSE PLATES
ON THE CAR BEFORE MR. MOORE PAID YOU, TO
USE THE CAR? — / DID YOU KNOW THAT'S
AGAINST THE LAW? — / HAVE YOU DONE THIS
TYPE OF THING BEFORE? — / ~~or~~ WERE YOU
INCOURAGED BY SOMEONE, OR PAID BY SOME-
ONE TO FILE A COMPLAINT AGAINST MR. MOORE:
WAS THE VEHICLE INSURED @ THE TIME
YOU GAVE MR. MOORE PERMISSION TO USE IT? —
DID MR. MOORE ALSO AGREED TO MAKE MINOR
REPAIR(S) ON THE CAR, ALSO IN EXCHANGE
FOR USE OF THE CAR? — / YOU HAD A PERSONAL
LEASE AGREEMENT? — / HE AGREED TO PAY
YOU MONIES TO USE THE CAR? — / SO WHAT
DID YOU TELL THE DETECTIVE THAT MR.
MOORE DID, THAT WAS WRONG? — / HOW DID
YOU MEET THIS DETECTIVE? — / AT THE
TIME YOU RECOVERED THE VEHICLE FROM MR.
MOORE, WERE YOU ALLOWED TO DRIVE THE
CAR? — / WHAT IS-IT YOU DO FOR A LIV-
ING? — / DID THE DETECTIVE OR ANYONE
PAY YOU TO FILE A COMPLAINT AGAINST
MR. MOORE? — / DID YOU PAY RENT OR

LEASE SPACE @ 2415 E THOMAS RD, IN PHOENIX NEXT DOOR TO THE MAIL SERVICE? —/ DID YOU KNOW THE OWNERS OF THE MAIL SERVICE? —/ DID YOU WORK THERE? —/ HOW LONG DID YOU WORK THERE? —/ YOU ASK Mr MOORE IF HE WOULD HELP YOU FIND INVESTORS FOR YOUR "KARAOKE" IDEAS, HOW MUCH MONEY DID YOU NEED? —/ HOW MUCH DID YOU CHARGE PEOPLE TO SELL THEIR VEHICLE(S)? —/ WERE YOU AWARE OF THE CLOSING OF Mr MOORE'S MAIL SERVICE? —/ DID YOU SORT MAIL FOR THE MAIL SERVICE? —/ DID YOU HAVE KEYS TO THE OFFICE OF THE MAIL SERVICE? —/ DO YOU KNOW MANAGER JIM? —/ WHEN YOU TURNED OFF THE MOTOR OF THE CAR (MERCEDEZ), YOU DROVE, YOU WENT UNDER THE HOOD, WHY WAS THAT? —/ HOW MUCH DID THE REPAIR COST? —/ DID YOU SEE THE VETERAN'S RETAIL STORE BELONGING TO Mr MOORE? —/ DID YOU MEET RUTH COLVIN (MRS)?

7

8.) DETECTIVE:

How Long Have you Lived In The Valley? —/ What do you do For a Living? —/ Who do you work For? —/ Who Filed The Complaint to the Court? — Did you see The evidence In The Complaint? —/ Was there an arrest? —/ Was there a police report? —/ What did you base your report on? —/ Did you speak with owner of the vehicle? —/ Did the owner of the vehicle File a Complaint? —/ Was the Car Registered In The State of Arizona, Legally and Valid? Did Bob Tell you He owned The Car? — / Did He show you Verifiable Documents, or proof of ownership to you? —/ Did Bob appear to be Law abiding? —/ You knew Bob was not the owner of the Car, right? —/ Why did you call Mr. Moore about a unsupported Complaint? —/ Did Bob have a valid Arizona Driver's License? —/ Did you present the Complaint to the Court based on these merits? Were you paid to file this mater, or did this as a Favor for Someone? —/ Were you misinformed in or about the evidence in this case? —/ Do you still feel that this was a case? —/ How many Times did you speak with Mr. Moore? What did you need to hear from Mr. Moore? —/ Truth? —/ Did the evidence in and by His statements show Truth?

8

9) **PRESIDING JUDGE: (IN THE COMPLAINT)**

RE: COMPLAINT / BY BOB OR DETECTIVE, — IN THE "MISUSE OF TRANPORTATION" (THEFT OF MEANS).

DID YOU STATE TO THE COURT, THERE WAS ENOUGH EVIDENCE TO PURSUE THIS MATTER AND CHARGE MR. MOORE? —/ EXACTLY WHAT EVIDENCE WAS PRESENTED TO THE COURT? —/ DID YOU REVIEW THE EVIDENCE IN THE COMPLAINT? —/ DID BOB OR THE DETECTIVE STATEMENTS SUPPORT A LEGITIMATE CLAIM?

PRESIDING JUDGE, AND OR PROSECUTOR:

WHAT EVIDENCE, CAUSE APPEARING, THAT SUPPORTED THOSE ALLEGATIONS IN THE ATTEMPTS TO CONVICT MR. MOORE? —/ WAS THERE AN AFFIDAVIT / DECLARATION TO SUPPORT THIS CLAIM? —/ WHEN MR. MOORE APP-EARED IN COURT, FOR WHAT REASON(S) YOU HAD HIM TAKEN INTO CUSTODY BASED ON THE INFORMATION GIVEN BY THE DETECTIVE? —/ IN THE FILED COMPLAINT, WERE THERE ANY ARREST MADE? —/ WERE THERE ANY CITATIONS GIVEN TO MR. MOORE? —/ WAS THERE A POLICE REPORT MADE TO THE COURT? —/ SO BASICALLY, MR. MOORE WAS TAKEN INTO CUSTODY BECAUSE OF WHAT SOMEONE SAID? —/ DOES THAT SOUND LIKE, JUDICIAL MISCONDUCT AND PROSECUT-ORIAL ABUSE AGAINST MR. MOORE?

10) ALFONZO CASTILLO: (PUBLIC DEFENDER).

WHAT IS RULE 11 MOTION? — / DID LARRY MOORE ASK YOU WHAT RULE 11 IS? — / DID YOU EXPLAIN TO HIM? — DID HE AGREE TO THAT (RULE-11)? — / WHAT DID YOU MEAN, WHEN YOU SAID TO HIM, "JUST WORK WITH ME"? WHAT DID YOU MEAN, WHEN YOU TOLD HIM, "YOU SEEM AN-GRY"? — / WHAT DID HE SAY OR DO FOR YOU TO MAKE THAT COMMENT. — / HOW LONG DID YOU SIT AND TALK WITH MR. MOORE OUT-FRONT IN THE COURT HOUSE? — / DID HE APPEAR TO BE INCOMPETENT @ FIRST VIEW? — / WAS HIS SPEECH IMPEDED? — / YOU NOTICED HE CARRIED APPX. 18 TO 20 KEYS ON A KEY CHAIN, DID YOU THINK IT WAS FOR LOOKS? — / DID YOU KNOW HE WAS A BUSINESS OWNER? — / DID HE HAVE A NOTICABLE DISABILITY? — / WHEN IS A RULE 11 MOSTLY USED (i.e., MOTION)? — / WERE YOU GOING TO TRY TO DECIEVE THE COURT(S) BY USING OR APPLYING THIS IN THE CASE OF MR. MOORE? — / WHAT WAS HE WEARING, (i.e., HOW WAS HE DRESSED, APPEARANCE)? — / WOULD YOU SAY, YOU MADE THE DECISION AFTER TALKING WITH MR. MOORE, APPX. (5) MINUTES — / WHY DIDN'T YOU ASK HIM WHAT HAPPEN, YOU KNOW, MR. MOORE? — / DID YOU EVER SPEAK WITH HIM BEFORE? — / HOW DO YOU SUCCESSFULLY REPRESENT SOMEONE, WITHOUT KNOWING THE ACTIONS OR THAT PERSONS INTENTIONS? DID SOMEONE MAKE THE DECISION(S) ABOUT, MOTION-INGS IN THIS CASE? — /

10

HOW LONG DID YOU (TIME) SPEND ON REVIEWING THE COMPLAINT OR CHARGES AGAINST MR. MOORE? — / DID YOU NOTICE THERE WAS NO SOLID EVIDENCE? IF YOU NEVER ASK MR. MOORE ANY QUESTIONS ABOUT THE COMPLAINTS AGAINST HIM, OR THE CASE, HAVE NO EVIDENCE, NO ARRESTS, NO CITATIONS, WHAT WERE YOU ATTEMPTING TO DO? — / "FRAME HIM"? — / "DECIEVE HIM"? — / "WHAT WERE YOUR INT-ENTIONS"? — SUCCESSFULLY REPRESENT HIM OR RAILROAD HIM, "BY USING RULE 11"? — / BEFORE SPEAKING WITH MR. MOORE, YOU WERE SEEN TALKING WITH ATTORNEY ALAN HOCKE, WHAT WAS THAT CON-VERSATION ABOUT? — / ARE YOU FRIENDS WITH MR. HOCKE? — / HOW LONG HAVE YOU KNOWN HIM? THAT MORNING YOU VISITED WITH MR. MOORE, WERE YOU TALKING ABOUT HIS CASE WITH MR. HOCKE? — / DO YOU KNOW WHY HE WAS THERE THAT MORNING? WERE OFFERED MONIES OR COMPENSATION IN THIS CASE?

11.) <u>JENNIFER STEWART</u> : (REP. PUBLIC DEFENDER OFFICE) YOU SAID TO MR. MOORE, AS HE BEGAN TO WALK OUT OF YOUR OFFICE, "I DON'T BLAME MR. CASTELLO FOR MOTIONING A RULE 11," WHY IS THAT? — / HOW WELL DO YOU KNOW MR. CASTELLO? — / IS THAT NORMAL COMMUNICATION, THAT YOU HAVE WITH YOUR CLIENTS, USING THAT PHRASE? — /

11

DID MR. MOORE APPEAR TO BE INCOMPETENT, OR SEEM
NOT TO BE FOCUSED, OR HAVE IMPEDIMENT SPEECH?
DID YOU REVIEW THIS MATTER, (COMPLAINT) BROUGHT AGAI-
NST MR. MOORE? — / WHAT EVIDENCE WAS THERE
AGAINST HIM? — / WAS THERE EVIDENCE THAT
HE MIGHT NOT BE GUILTY? — / WHAT DID BASE
YOUR OPINIONS ON? — / IF THERE IS NO MERITS
OR GROUNDS TO SUPPORT A CASE, AND THERE IS ONLY
SPECULATION, WHY MOTION A RULE 11 FOR YOUR CLIENT?
WERE YOU AWARE THERE WAS NO REAL EVIDENCE IN THIS
COMPLAINT (CASE)? — / WERE YOU OFFERED MONIES
OR COMPENSATION TO PROCEED WITH A RULE 11 MOTION
AGAINST MR. MOORE? — / DID YOU AGREE TO CON-
TINUE WITH THAT PLAN OF ATTACK (RAILROAD)? — /
ONE ATTORNEY TOLD MR. MOORE, EXPRESSIVELY,
HE SAID, "NO! YOU DON'T WANT THAT.", DO YOU AGREE
WITH THAT SHARED INFORMATION? — / WHY WOULD
THE ATTY. SAY THAT TO MR. MOORE, WHO KNOWS MR. MOORE?
HOW MUCH RESEARCH DID YOU DO IN THIS MATTER? — /
IS IT TRUE, YOU NEVER INTENDED TO SUPPORT MR.
MOORE IN THIS MATTER? — / IF SO, HOW? — /
BY SUPPORTING A SUBMISSION ORDER, BY THE COURT
TO HAVE MR. MOORE ADMITTED TO THE ARIZ. STATE
HOSPITAL? — / DOES THAT SOUND LIKE INEFFECTIVE
ASSISTANCE OF COUNSEL? — / WHAT DID MOTIONING OF
A RULE 11 HAVE TO DO WITH THIS MATTER (CASE), OF NO
EVIDENCE?

12

WHY DO YOU THINK. THERE WAS CONFLICT MR. MOORE HAD AGAINST YOU? —/ WHY DID YOU REFUSE THE DECISION, NOT TO USE RULE 11? —/ ARE YOU A PRIVATE ATTORNEY OR STRICKLY WORK FOR THE STATE? —/ HOW WELL DO YOU KNOW DR. BEIGEN? —/ HOW WAS MR. MOORE SCHEDULED TO SEE HIM AND WHEN? WHY WASN'T MR. MOORE NOTIFIED OF THIS APPOINTMENT? WERE YOU PART OF THE CONSPIRACY TO HAVE MR. MOORE CONVICTED? —/ HOW DID YOU SUPPORT MR. MOORE IN HIS DEFENSE? —/ HOW WELL DO YOU KNOW THE ATTORNEY ALAN HOCKE? —/ HOW LONG HAVE YOU STUDIED LAW? —/ DO YOU KNOW WHO WROTE THE SUBMISSION ORDER? —/ WHAT WAS YOUR REPORT TO THE RE-GARDING THAT SUBMISSION ORDER? —/ WERE YOU IN-VOLVED WITH DR. BEIGEN, IN PRESENTING FALSIFIED DOCUMENTS TO THE COURT? —/ ARE YOU AWARE "DR. BEIGEN" WAS FOUND GUILTY OF PRESENTING FALSIFIED DOCUMENTS TO THE COURT? —/ DID YOU DISCUSS THAT SUBMISSION ORDER WITH COMMISSIONE VATZ, TO HAVE MR MOORE DETAINED FOR A "MINIMUM" OF (21) MONTHS? —/ WAS IT FUNNY HAVING MR. MOORE DE-TAINED (TAKEN INTO CUSTODY), WHILE IN THE PROCESS OF FIGHTING FOR HIS CHILDREN? —/ ARE YOU AWARE, THAT YOU ARE INVOLVED IN A FIFTY MILLION DOLLAR LAWSUIT, FOR YOUR MISCONDUCT?

12.) TEMPE, ARIZ. ("PRESIDING JUDGE, OFFICIALS AND AGENTS)
MUNICIPAL COURT:

"ARRAIGNMENT ARREST"?

WHY WAS MR. MOORE TAKEN INTO CUSTODY, WHILE
SITTING IN COURT AWAITING ARRAIGNMENT ON
A CITATION GIVEN? —/ WHAT WAS HIS CHARGE? —/
THERE WAS NO PLEAD GIVEN BY MR. MOORE, WHO
ORDERED MR. MOORE TO BE ARRESTED? —/ WHAT IS
THE COURTS REASON? —/ WHY WAS HE DETAINED
BEFORE HE COULD GIVE A ANSWER OR PLEA? —/
WHAT WAS THE IMPOSING OF A ($500) DOLLAR BOND
TO REPRESENT? —/ WAS THAT FOR THE TRAFFIC
CITATION GIVEN? —/ SHOULD THIS BE MADE
PUBLIC? —/ WHO IS CONSIDERED RESPONSIBLE? —/
WHO SIGNED THE ORDER? —/ WAS THIS DONE BY
CITY OFFICIALS? —/ THE COURT (PRESIDING JUDGE),
OR A COUNTY AGENT? —/ ARE THE ACTIONS OF MIS-
CONDUCT/MISBEHAVIOR DONE UNDER STATE OR COUNTY? —/
IS THIS NOT A FORM OF DISCRIMINATION? —/
WAS THIS CORRECT (i.e., WHILE HE WAS IN CUSTODY
(DETAINED), PROSECUTOR SAYS, "SIGN HERE FOR TIME SERVED"?
WAS THIS ONLY IN HIS CASE, BEING A TARGET IN
A CONSPIRACY? —/ WHAT DID HE DO?

14

13.) JUDGE ARMENTA: (JUVENILE COURT)

WHO APPOINTED YOU, OR HOW WERE YOU APPOINTED
TO JUDGE THE MOORE CASE, INVOLVING HIS (3)
CHILDREN? —/ DID "JUDGE MORRIS", WHO WAS
ORIGINALLY ASSIGN TO HEAR THIS MATTER, DE
CLINE OR REFUSE? —/ IS IT TRUE, YOU WERE
SET AS A TOOL TO SEPERATE THE CHILDREN
FROM THEIR FATHER? —/ WERE YOU AWARE OF
A GAME BEING PLAYED ON THIS FAMILY, AGAINST
MR. MOORE.? —/ WERE YOU OFFERED OR PAID MONIES
TO STEP OR SIT IN PLACE OF JUDGE MORRIS? —/
WHY DID YOU SIGN A "NO CONTACT" ORDER, BE-
TWEEN THE FATHER AND CHILDREN? —/ ~~XXXXX~~
~~XXXXXXXXXX~~ ~~XXXXXXXX~~ ~~XXXXXXX~~
~~XXXX~~ (PIN) ~~XXXXXX~~ / MR. MOORE SAID, THAT HE REQUESTED
THIS MATTER BE HEARD BEFORE A JURY IN TRIAL,
IS THAT TRUE? —/ WHAT HAPPEN TO THE JURY.? —/
HOW MANY WERE THERE? —/ WHAT WERE THEIR
NAMES.? —/ WHO CHOSE YOU TO STEP IN.? —/ DID
THE JURY ALL CALL IN.? —/ WERE THEY LATE
GETTING TO COURT.? —/ WERE THEY PURPOSELY GIV-
EN A DIFFERENT (DATE).? —/ WAS IT SET, THAT YOU COULD,
BY YOUR DISCRETION HAVE THE FINAL RULING.? —
/ WHAT WAS SO DIFFERENT ABOUT THIS MATTER, THAT
COULDNOT INCLUDE THE FATHER OF HIS CHILDREN.? —/
ALL INDICATIONS SHOWN THAT YOU ARE A BIG

15

PART TO THIS CONSPIRACY, IS THAT TRUE JUDGE
ARMENTA? — / WHAT IS YOUR ROLE IN THIS PLOT?
WAS IT TO IGNORE A BOGUS CHARGE, BOGUS
AND MADE UP STATEMENTS, IN THE ATTEMPT
TO SEPERATE THE FATHER FROM HIS CHILD-
REN.? — / DID THE COURT EVER FIND-OUT WHAT
HAPPEN TO THE JUROR'S, AND DID THEY EVEN-
TUALLY SHOW-UP? — / WAS THERE A JURY EVER
ASSIGNED TO HEAR THIS MATTER AS REQUEST-
ED BY MR. MOORE, THE FATHER?


14) THE NEPHEW: (OF RUTH COLVIN)

WHY DID YOU PAY A LAWYER, TO DEMAND MR. MOORE
TO REFRAIN ANY FURTHER COMMUNICATION(S) OR CON-
TACK WITH RUTH COLVIN?
HOW DID YOU LEARN OF THEIR RELATIONSHIP.?
WHAT MADE YOU BITTER ABOUT THEIR RELATIONSHIP?
SO YOU HAD PREJUDICES AGAINST MR. MOORE?
DID YOU SPEAK WITH LAW ENFORCEMENT ABOUT THEIR
MEETINGS.? — / HOW MUCH DID YOU HAVE TO PAY THE
"FAMILY LAWYER" FOR HIS SERVICE(S)? — /
WHAT IS IT EXACTLY THAT YOU DO FOR A LIVING
"NEPHEW".? — / WHEN DID YOU WARN, YOUR AUNT
RUTH, OF HER EXCESSIVE SPENDING(S)?

16